B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Charlotte FC, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-3102591** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**8900 Keystone Crossing, Ste. 1200**<br>**Indianapolis, IN**                              ZIP Code **46240** | Street Address of Joint Debtor (No. and Street, City, and State):                              ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                              ZIP Code | Mailing Address of Joint Debtor (if different from street address):                              ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):      **210 Trade Street**<br>**Charlotte, NC 28202** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ■<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                                          Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Charlotte FC, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**B1 (Official Form 1)(1/08)** Page 3

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Charlotte FC, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Wendy Brewer**
Signature of Attorney for Debtor(s)

**Wendy Brewer 22669-49**
Printed Name of Attorney for Debtor(s)

**BARNES & THORNBURG LLP**
Firm Name

**11 South Meridian Street**
**Indianapolis, IN 46204-3535**
Address

**317-236-1313;  Fax: 317-231-7433**
Telephone Number

**October  2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Flaherty/Jerry Collins**
Signature of Authorized Individual

**David Flaherty/Jerry Collins**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**October  2, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Southern District of Indiana

In re   **Charlotte FC, LLC**                                  ,         Case No. _____

                                                 Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 197,492.74 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 37,300,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 84,742.51 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 60 | | 15,153,497.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 70 | | | |
| Total Assets | | | 197,492.74 | | |
| Total Liabilities | | | | 52,538,240.16 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Charlotte FC, LLC** _____ ,

                       Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

**B6A (Official Form 6A) (12/07)**

.

In re     **Charlotte FC, LLC**                             ,      Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **The parking garage at 210 Trade Condos in Charlotte, North Carolina, with no current income rights.** | **Fee simple with no income rights** | - | **Unknown** | **0.00** |
| **A partially constructed condominium tower at 210 Trade Condos in Charlotte, North Carolina** | **Fee simple interest** | - | **Unknown** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
|  | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

In re  **Charlotte FC, LLC**
_____,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **U.S. Bank Account** | - | 8,492.74 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposits held by Builders Services, Inc.** | - | 189,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **197,492.74**
(Total of this page)

___2___   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                                         ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >            **0.00**
(Total of this page)

Sheet ___1___ of ___2___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total >      (Total of this page) | 0.00 |
| Total > | 197,492.74 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Charlotte FC, LLC**                                                   Case No. _____
                                                  ,
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | 7/8/06 | | | | | |
| **House Investments** **250 W. 103rd Street** **Indianapolis, IN 46240** | - | | | | **Non-Purchase Money Security** **Loan secured by a pledge of ownership interests in Charlotte, FC.** | X | X | X | | |
| | | | | | Value $          0.00 | | | | 6,000,000.00 | 6,000,000.00 |
| Account No. | | | | | 7/5/06 | | | | | |
| **U.S. Bank** **800 Nicollet Mall, 22nd Floor** **Minneapolis, MN 55402** | - | | | | **Mortgage** **210 Trade Condos & Parking Garage - Charlotte, NC** | | X | | | |
| | | | | | Value $          15,650,000.00 | | | | 15,650,000.00 | 0.00 |
| Account No. | | | | | **Mortgage** | | | | | |
| **U.S. Bank** **800 Nicollet Mall, 22nd Floor** **Minneapolis, MN 55402** | - | | | | **The parking garage at 210 Trade Condos in Charlotte, North Carolina, with no current income rights.** | | | | | |
| | | | | | Value $          **Unknown** | | | | 15,650,000.00 | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

_**0**_  continuation sheets attached

| | Subtotal (Total of this page) | 37,300,000.00 | 6,000,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 37,300,000.00 | 6,000,000.00 |

B6E (Official Form 6E) (12/07)

.

In re    **Charlotte FC, LLC**                         Case No. _____

                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    **1**      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Charlotte FC, LLC**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | | | | | | | |
| **Mecklenburg County Tax Collector** **P.O. Box 71063** **Charlotte, NC 28272-1063** | - | | | | | | | | 0.00 | |
| | | | | | | | | **84,742.51** | | **84,742.51** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 | |
| | | **84,742.51** | **84,742.51** |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | **84,742.51** | **84,742.51** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re   **Charlotte FC, LLC**                                        ,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  **Unit 2501**<br><br>**210 Trade LLC**<br>**6141 Kingsley Dr.**<br>**Indianapolis, IN 46220** | | - | | | **8/26/06**<br>**Downpayment** | | | | 32,750.00 |
| Account No.  **Unit 4111**<br><br>**Afshin Ghazi**<br>**5625 Fairview Rd.**<br>**Charlotte, NC 28209** | | - | | | **6/21/06**<br>**Downpayment** | X | X | X | 23,585.00 |
| Account No.  **Unit 4104**<br><br>**Ahmad Syrus & Meena Ardebili**<br>**637 Williamson Road, Ste. 307**<br>**Mooresville, NC 28117** | | - | | | **6/14/06**<br>**Downpayment** | | | | 14,356.00 |
| Account No.  **Unit 1709**<br><br>**Ali Sadaghiani**<br>**5625 Fairview Rd.**<br>**Charlotte, NC 28209** | | - | | | **6/21/06**<br>**Downpayment** | | | | 11,423.00 |

| | Subtotal<br>(Total of this page) | 82,114.00 |
|---|---|---|

__59__   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:28957-090618   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charlotte FC, LLC**                                                          , Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 2311** <br><br> **Andre Williams** <br>**9241 Heritage Woods Place** <br>**Charlotte, NC 28269** | - | | 6/19/06 <br>**Downpayment** | | | | 24,125.00 |
| Account No. **Unit 2806** <br><br> **Andrea Kollomorgen** <br>**5214 Tanneron Place** <br>**Charlotte, NC 28226** | - | | 6/16/06 <br>**Downpayment** | | | | 14,691.25 |
| Account No. **Unit 2304** <br><br> **Angelene Dunlap** <br>**13217 Pinion Rd.** <br>**Norwood, NC 28128** | - | | 6/15/06 <br>**Downpayment** | | | | 13,875.00 |
| Account No. **Unit 3404** <br><br> **Anish Shah** <br>**14916 Jockeys Ridge Dr.** <br>**Charlotte, NC 28277** | - | | 6/16/06 <br>**Downpayment** | | | | 15,275.00 |
| Account No. **Unit 1003** <br><br> **Aparappar Singh** <br>**311 East Blvd.** <br>**Charlotte, NC 28203** | - | | 8/7/06 <br>**Downpayment** | | | | 24,550.00 |

Sheet no. __1___ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,516.25

B6F (Official Form 6F) (12/07) - Cont.

In re __Charlotte FC, LLC__ _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**AppTechBiz**<br>**4801 E. Independence Blvd, St. 710**<br>**Charlotte, NC 28212** | - | | | 7/07-1/08 | | | | 110.00 |
| Account No. **Unit 2011**<br><br>**Armin Ghazi**<br>**5625 Fairview Rd.**<br>**Charlotte, NC 28209** | - | | | 6/14/06<br>Downpayment | X | X | X | 20,111.00 |
| Account No. **Unit 3308**<br><br>**Armin Ghazi**<br>**5625 Fairview Rd.**<br>**Charlotte, NC 28209** | - | | | 6/21/06<br>Downpayment | X | X | X | 12,425.00 |
| Account No. **Unit 3805**<br><br>**Arthur Bruckler**<br>**15885 Golden Star Ave.**<br>**Riverside, CA 92506** | - | | | 6/9/07<br>Downpayment | | | | 25,625.00 |
| Account No. **Unit 3010**<br><br>**Arun Pinto**<br>**10709 Alexander Mill Drive**<br>**Charlotte, NC 28277** | - | | | 4/24/07<br>Downpayment | | | | 30,525.00 |

Sheet no. __2__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **88,796.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charlotte FC, LLC**                                                      ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 806**<br><br>**Ashish & Smitha Shukul**<br>**10459 Gunnison Lane**<br>**Charlotte, NC 28277** | - | | **10/25/07**<br>**Downpayment** | | | | **15,425.00** |
| Account No. **Unit 3504**<br><br>**Ashish Patel**<br>**10533 Sutherby Dr.**<br>**Charlotte, NC 28277** | - | | **11/20/07**<br>**Downpayment** | | | | **17,025.00** |
| Account No. **Unit 2808**<br><br>**Aubrey Long**<br>**311 West 9th Street**<br>**Charlotte, NC 28202** | - | | **6/16/06**<br>**Downpayment** | | | | **13,425.00** |
| Account No. **Unit 2207**<br><br>**Barbur Genisol**<br>**305 Doggett St.**<br>**Charlotte, NC 28236** | - | | **6/14/06**<br>**Downpayment** | | | | **25,950.00** |
| Account No.<br><br>**Barnes & Thornburg LLP**<br>**11 South Meridian Street**<br>**Indianapolis, IN 46204** | - | | **3/08-3/09**<br>**Professional fees** | | | | **113,638.18** |

Sheet no. __3___ of __59___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **185,463.18**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Charlotte FC, LLC__ ,                    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 3006**<br><br>Barry Burgess<br>2610 East Fifth Street<br>Charlotte, NC 28204 | | - | | 6/16/06<br>Downpayment | | | | 14,445.00 |
| Account No. **Unit 1108**<br><br>Beckey Rainey<br>4405 Antelope Lane<br>Charlotte, NC 28269 | | - | | 6/15/06<br>Downpayment | | | | 22,121.00 |
| Account No. **Unit 910**<br><br>Bergerac Investments Corporation<br>1357 Ashford Ave. #206<br>San Juan, PR 00907 | | - | | 10/10/06<br>Downpayment | | | | 55,400.00 |
| Account No. **Unit 1202**<br><br>Bill & Jane Rosinski<br>309 E. Morehead St., Apt. 435<br>NC 28022 | | - | | 9/27/07<br>Downpayment | | | | 29,575.00 |
| Account No. **Unit 2608**<br><br>Brandon Shellady and Juliana Marques<br>5115 Fuhrman Place<br>Charlotte, NC 28210 | | - | | 6/16/06<br>Downpayment | | | | 13,075.00 |

Sheet no. __4__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       134,616.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charlotte FC, LLC**                                    ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 4308** <br><br> **Brenda Halsey** <br> **7623 Bosham Lane** <br> **Charlotte, NC 28270** | - | | 6/6/07 <br> **Downpayment** | | | | 80,000.00 |
| Account No. **Unit 2203** <br><br> **Brett Connolly and Rick Connolly** <br> **2714 NE 37th Ave.** <br> **Pompano Beach, FL 33064** | - | | 1/10/07 <br> **Downpayment** | | | | 26,775.00 |
| Account No. **Unit 904** <br><br> **Brian Berlan & Meika Garner** <br> **6139 Park Hill Rd.** <br> **Charlotte, NC 28277** | - | | 1/28/08 <br> **Downpayment** | | | | 15,725.00 |
| Account No. **Unit 2010** <br><br> **Brian Eddington** <br> **1 Overland Blvd.** <br> **Asheville, NC 28806** | - | | 6/29/05 <br> **Downpayment** | | | | 30,239.00 |
| Account No. **Unit 1308** <br><br> **Brian Miller** <br> **11520 Baystone Place** <br> **Concord, NC 28025** | - | | 6/16/06 <br> **Downpayment** | | | | 12,175.00 |

Sheet no. **5** of **59** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **164,914.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                                   , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 1/08-5/08 | | | | |
| Brockette-Davis-Drake Inc. 4144 N. Central Exwy 1100 Dallas, TX 75204 | - | | | | | | | 35,249.75 |
| Account No. **Unit 2006** | | | | 6/16/06 Downpayment | | | | |
| Bryan Hutchins 3624 Sweetgrass Lane Charlotte, NC 28226 | - | | | | | | | 13,375.00 |
| Account No. | | | | 7/08-8/08 | | | | |
| Builder Services Inc. 9030 Crump Road Pineville, NC 28134 | - | | | | | | | 122,708.33 |
| Account No. **Unit 1708** | | | | 6/15/06 Downpayment | | | | |
| Cama McNamara 305 Settlers Lane Charlotte, NC 28202 | - | | | | | | | 23,935.00 |
| Account No. **Unit 3710** | | | | 11/8/06 Downpayment | | | | |
| Cameron Mcrae 335 North Queen St. Kinston, NC 28502 | - | | | | | | | 31,825.00 |

Sheet no. **6** of **59** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**227,093.08**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                                            , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 4501** <br><br> **Cameron Mcrae** <br> **335 North Queen St.** <br> **Kinston, NC 28502** | - | | | **12/6/06** <br> **Downpayment** | | | | 345,000.00 |
| Account No. **Unit 4502** <br><br> **Cameron Mcrae** <br> **335 North Queen St.** <br> **Kinston, NC 28502** | - | | | **12/606** <br> **Downpayment** | | | | 140,000.00 |
| Account No. **Unit 1105** <br><br> **Candyce Eller** <br> **9114 Twilight Hill Ct.** <br> **Charlotte, NC 28211** | - | | | **6/15/06** <br> **Downpayment** | | | | 21,280.50 |
| Account No. **Unit 2507** <br><br> **Carol Simmons** <br> **2906 Heathmoor Lane** <br> **Charlotte, NC 28211** | - | | | **6/28/06** <br> **Downpayment** | | | | 28,275.00 |
| Account No. **Unit 2111** <br><br> **Caroline Corner** <br> **5625 Fairview Road** <br> **Charlotte, NC 28209** | - | | | **6/21/06** <br> **Downpayment** | | | | 20,350.00 |

Sheet no. __7__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

554,905.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                                                    ,    Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 1508** <br><br> **Carrie Day** <br> **3436 Passour Ridge Lane** <br> **Charlotte, NC 28269** | - | | 6/15/06 <br> Downpayment | | | | 23,685.00 |
| Account No. **Unit 1204** <br><br> **Catherine & Albert Finocchio** <br> **1544 Matthews Mint Hill Rd.** <br> **Matthews, NC 28105** | - | | 6/15/06 <br> Downpayment | | | | 25,125.00 |
| Account No. **Unit 508** <br><br> **Cathleen Bannigan** <br> **8410 Galahad Lane** <br> **Harrisburg, NC 28075** | - | | 6/14/2006 <br> Downpayment | | | | 5,663.00 |
| Account No. **Unit 4109** <br><br> **Cathleen Bannigan** <br> **8410 Galahad Lane** <br> **Harrisburg, NC 28075** | - | | 6/14/06 <br> Downpayment | | | | 5,843.00 |
| Account No. **Unit 2910** <br><br> **Chandrashekar Katuri** <br> **15110 Redwood Valley Lane** <br> **Charlotte, NC 28277** | - | | 10/5/07 <br> Downpayment | | | | 30,375.00 |

Sheet no. __**8**___ of __**59**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

90,691.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Unit 2905**<br><br>**Charles Copenhaver**<br>**3340 Kingston Pike #6**<br>**Knoxville, TN 37919** | - | | | | **6/15/06**<br>**Downpayment** | | | | 45,285.00 |
| Account No. **Unit 2306**<br><br>**Charles Wang**<br>**7852 Grimsby Cir.**<br>**Harrisburg, NC 28075** | - | | | | **6/15/06**<br>**Downpayment** | | | | 13,825.00 |
| Account No.<br><br>**Charlotte Business Journal**<br>**P.O. Box 403588**<br>**Atlanta, GA 30384** | - | | | | **3/08-4/08** | | | | 5,208.00 |
| Account No. **Unit 3808**<br><br>**Charlotte City Investments**<br>**820 West Fifth Street, Apt. 244**<br>**Charlotte, NC 28202** | - | | | | **6/16/06**<br>**Downpayment** | | | | 30,786.25 |
| Account No. **Unit 3702**<br><br>**Choon-don & Keum Kim**<br>**11173 Villa Trace Place**<br>**Charlotte, NC 28277** | - | | | | **2/23/07**<br>**Downpayment** | | | | 33,825.00 |

Sheet no. __**9**__ of __**59**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            128,929.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Unit 2009** <br><br> **Chris Kirles** <br> **8900 Keystone Crossing #1200** <br> **Indianapolis, IN 46240** | - | | | 7/7/06 <br> **Downpayment** | | | | 11,710.45 |
| Account No. **Unit 4004** <br><br> **Chris Totty** <br> **3500 Johnny Cake** <br> **Charlotte, NC 28226** | - | | | 6/14/06 <br> **Downpayment** | | | | 14,987.00 |
| Account No. **Unit 1406** <br><br> **Christopher Hoffman & Brian Hoffman** <br> **9107 Bright Leaf Place** <br> **Charlotte, NC 28269** | - | | | 6/15/06 | | | | 12,325.00 |
| Account No. **Unit 2703** <br><br> **Christopher Malach** <br> **718 West Trade Street Unit 3030** <br> **Charlotte, NC 28202** | - | | | 6/15/06 <br> **Downpayment** | | | | 26,511.00 |
| Account No. <br><br> **Citigraphics, Inc.** <br> **3139 Westinghouse Boulevard** <br> **Charlotte, NC 28273** | - | | | 12/07 | | | | 1,200.00 |

Sheet no. __10__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     66,733.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charlotte FC, LLC** , Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 2208** <br><br> Clay Montgomery <br> 8907 Clifton Meadow Dr. <br> Matthews, NC 28105 | - | | | 6/15/06 <br> Downpayment | | | | 12,625.00 |
| Account No. **Unit 705** <br><br> Colleen Hart <br> 14701 Brick Church Ct. <br> Charlotte, NC 28277 | - | | | 6/21/06 <br> Downpayment | | | | 44,850.00 |
| Account No. <br><br> Curtain Wall Design & Consulting <br> 8070 Park Lane, Ste. 400 <br> Pineville, NC 28134 | - | | | 12/07-3/07 | | | | 10,113.11 |
| Account No. **Unit 1411** <br><br> Cynthia Barnes <br> 8942 Moray Beach <br> Charlotte, NC 28226 | - | | | 6/14/06 <br> Downpayment | | | | 38,545.00 |
| Account No. **Unit 2804** <br><br> Dan & Barbara De La Portilla <br> 445 Walnut Ave. <br> Charlotte, NC 28202 | - | | | 6/16/06 <br> Downpayment | | | | 14,575.00 |

Sheet no. __11__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 120,708.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                    ,                Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. **Unit 3508**<br><br>**Dan & Nancy Brower, Wade Carwile**<br>**10118 Devonshire Drive**<br>**Huntersville, NC 28078** | - | | | **6/16/06**<br>**Downpayment** | | | | 30,850.00 |
| Account No. **Unit 3501**<br><br>**Daniel Pantis & Joseph Manea**<br>**14503 Cordial Lane**<br>**Huntersville, NC 28078** | - | | | **6/17/06**<br>**Downpayment** | | | | 34,070.00 |
| Account No. **Unit 3709**<br><br>**Danny Lee & Doris Chung Watson**<br>**19101 Harbor Cove Lane**<br>**Cornelius, NC 28031** | - | | | **11/5/07**<br>**Downpayment** | | | | 17,050.00 |
| Account No. **Unit 1604**<br><br>**Daoxin Lu**<br>**520 Fifth St., Apt. 410**<br>**Charlotte, NC 28202** | - | | | **6/16/06**<br>**Downpayment** | | | | 14,025.00 |
| Account No. **Unit 4010**<br><br>**Darius Ghazi**<br>**5625 Fairview Rd.**<br>**Charlotte, NC 28209** | - | | | **6/21/06**<br>**Downpayment** | X | X | X | 33,075.00 |

Sheet no. __**12**__ of __**59**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        129,070.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Charlotte FC, LLC** ,                    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 4105** <br><br> **Darryl Jennings** <br> **12 Channingville Rd.** <br> **Wappingers Falls, NY 12590** | | - | | **11/15/06** <br> **Downpayment** | | | | 26,000.00 |
| Account No. <br><br> **Dataprint Inititatives, LLC** <br> **619 E. Dupont Rd. #253** <br> **Fort Wayne, IN 46825** | | - | | **12/07** | | | | 790.87 |
| Account No. **Unit 1106** <br><br> **Dave & Tyler Boehling** <br> **3921 SW 94th St, Ste. 302** <br> **Gainesville, FL 32608** | | - | | **6/14/06** <br> **Downpayment** | | | | 12,460.50 |
| Account No. **Unit 3904** <br><br> **David & Adria Britt** <br> **1523 Coventry Road** <br> **Charlotte, NC 28211** | | - | | **6/15/06** <br> **Downpayment** | | | | 29,395.00 |
| Account No. **Unit 3901** <br><br> **David B. Smith** <br> **3422 Sharon Rd.** <br> **Charlotte, NC 28211** | | - | | **6/21/06** <br> **Downpayment** | | | | 33,150.00 |

Sheet no. __**13**__ of __**59**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,796.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**
                                                                    Case No. _____
                                        ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 1606** <br><br> **David Boney** <br> **1400 Heather Lane** <br> **Charlotte, NC 28209** | | - | | **6/15/06** <br> **Downpayment** | | | | **11,825.00** |
| Account No. <br><br> **David Flaherty** <br> **8900 Keystone Crossing, Ste. 1200** <br> **Indianapolis, IN 46240** | | - | | **04/17/2008** <br> **Loan** | | | | **100,000.00** |
| Account No. **Unit 4310** <br><br> **David J. & Santina A. Pfleeger** <br> **229 N. Church St., #303** <br> **Charlotte, NC 28202** | | - | | **12/12/06** <br> **Downpayment** | | | | **150,000.00** |
| Account No. **Unit 2503** <br><br> **David Malach** <br> **3805 Old Post Rd.** <br> **Salisbury, MD 21804** | | - | | **6/15/06** <br> **Downpayment** | | | | **26,211.00** |
| Account No. **Unit 1309** <br><br> **David Meyers** <br> **48 Via Divertirse** <br> **San Clemente, CA 92673** | | - | | **6/15/06** <br> **Downpayment** | | | | **13,175.00** |

Sheet no. __**14**__ of __**59**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **301,211.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                    Case No. _____
                                          ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 707**<br><br>**David Nelson Rogers**<br>**21309 Araffin Ct.**<br>**Cornelius, NC 28031** | - | | | 6/22/06<br>Downpayment | | | | **26,125.00** |
| Account No. **Unit 3406**<br><br>**David Nelson Rogers**<br>**21309 Araffin Ct.**<br>**Cornelius, NC 28031** | - | | | 6/16/06<br>Downpayment | | | | **15,320.00** |
| Account No. **Unit 4007**<br><br>**David Schiff**<br>**7926 Camden Hollow Rd.**<br>**Huntersville, NC 28078** | - | | | 11/2/07<br>Downpayment | | | | **29,025.00** |
| Account No. **Unit 3204**<br><br>**David Watson and Phonekham Bouaphnah**<br>**432 Atherton St.**<br>**Charlotte, NC 28203** | - | | | 10/29/07<br>Downpayment | | | | **16,875.00** |
| Account No. **Unit 3510**<br><br>**David Zhai**<br>**309 East Morehead St. #633**<br>**Charlotte, NC 28202** | - | | | 10/16/07<br>Downpayment | | | | **31,275.00** |

Sheet no. __15__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**118,620.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charlotte FC, LLC**                                          ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | - | | | 4/08-7/08 | | | | |
| DBH Resources Inc. 3415 S. Sepulveda Blvd., Ste. 900 Los Angeles, CA 90034 | | | | | | | | 20,000.00 |
| Account No. **Unit 4509** | - | | | 11/17/06 Downpayment | | | | |
| DCI Properties 1300 South Blvd. Charlotte, NC 28203 | | | | | | | | 260,000.00 |
| Account No. **Unit 3110** | - | | | 4/24/07 Downpayment | | | | |
| Debashis Ghosh 10718 Lederer Ave Charlotte, NC 28277 | | | | | | | | 30,675.00 |
| Account No. **Unit 3703** | - | | | 5/22/07 Downpayment | | | | |
| Debashis Ghosh 10718 Lederer Ave. Charlotte, NC 28277 | | | | | | | | 29,025.00 |
| Account No. **Unit 4307** | - | | | 8/20/07 Downpayment | | | | |
| Delano Acquisitions LLC 21202 Seniac Lane Cornelius, NC 28031 | | | | | | | | 120,000.00 |

Sheet no. __16__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    459,700.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Diamond Springs<br>P.O. Box 667887<br>Charlotte, NC 28266** | - | **7/08** | | | | | **32.17** |
| Account No. **Unit 2709**<br><br>**Diane Applefield<br>703 Hanna Woods Dr.<br>Cramerton, NC 28032** | - | **6/14/06<br>Downpayment** | | | | | **25,350.00** |
| Account No. **Unit 1008**<br><br>**Diane Hofert & Thomas Rogers<br>9601 Kestral Ridge Dr.<br>Charlotte, NC 28269** | - | **6/15/06<br>Downpayment** | | | | | **22,021.00** |
| Account No. **Unit 3604**<br><br>**Dipti Hall<br>2415 Red Birch Dr.<br>Charlotte, NC 28262** | - | **6/15/06<br>Downpayment** | | | | | **14,725.00** |
| Account No. **Unit 3407**<br><br>**Donald & Margaret Person<br>2499 Tibbetts Wick Rd.<br>Girard, OH 44420** | - | **6/16/06<br>Downpayment** | | | | | **27,925.00** |

Sheet no. __17__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**90,053.17**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Charlotte FC, LLC_____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 1407** <br><br> **Donald & Paula Baker** <br> **333 West Trade St. Unit #1508** <br> **Charlotte, NC 28202** | | - | | 6/22/06 <br> Downpayment | | | | 27,135.00 |
| Account No. **Unit 1911** <br><br> **Doris Mumin** <br> **817 Woodruff Place** <br> **Charlotte, NC 28208** | | - | | 6/23/06 <br> Downpayment | | | | 7,794.00 |
| Account No. **Unit 2305** <br><br> **Doug & Joyce Wilson** <br> **10200 Hanover Woods Trail** <br> **Charlotte, NC 28270** | | - | | 6/15/06 <br> Downpayment | | | | 22,599.75 |
| Account No. **Unit 1807** <br><br> **Doug & Nicole Milone** <br> **676 Penn St.** <br> **Charlotte, NC 28203** | | - | | 6/16/06 <br> Downpayment | | | | 26,950.00 |
| Account No. **Unit 604** <br><br> **Duane Johnson** <br> **9745 Falling Stream Dr.** <br> **Charlotte, NC 28214** | | - | | 6/14/06 <br> Downpayment | | | | 12,655.50 |

Sheet no. __18__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    97,134.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                          ,         Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Dunn Southeast, Inc.** **800 Mount Vernon Highway, Ste. 200** **Atlanta, GA 30328-4293** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. **Unit 1206** | | | | 6/15/06 Downpayment | | | | |
| **Eduardo Leston** **520 West 5th Street** **Charlotte, NC 28202** | - | | | | | | | |
| | | | | | | | | 11,960.00 |
| Account No. **Unit 3809** | | | | 6/18/06 Downpayment | | | | |
| **Edward & Stacey Sedlack** **4004 Stanbury Drive** **Matthews, NC 28104** | - | | | | | | | |
| | | | | | | | | 34,420.00 |
| Account No. **Unit 1004** | | | | 10/17/07 Downpayment | | | | |
| **Edwin & Mary Lee** **1101 West 1st St., Unit 125** **Charlotte, NC 28202** | - | | | | | | | |
| | | | | | | | | 15,775.00 |
| Account No. **Unit 1609** | | | | 6/15/06 Downpayment | | | | |
| **Ehud Rinot** **5625 Fairview Rd.** **Charlotte, NC 28209** | - | | | | | | | |
| | | | | | | | | 11,310.00 |

Sheet no. __19__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                73,465.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charlotte FC, LLC**                                    , Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 3509** <br><br> **Elizabeth Rosell** <br> **4708 Sunburst Lane** <br> **Charlotte, NC 28213** | | - | | **6/17/06** <br> **Downpayment** | | | | **16,525.00** |
| Account No. **Unit 2803** <br><br> **Ernest and Tracy Boy Bethune** <br> **17335 Connor Quay Court** <br> **Cornelius, NC 28031** | | - | | **6/15/06** <br> **Downpayment** | | | | **28,010.00** |
| Account No. <br><br> **First Construction Consulting** <br> **4105 W. 99th Street** <br> **Carmel, IN 46032** | | - | | **1/08** | | | | **790.00** |
| Account No. <br><br> **Flaherty & Collins** <br> **8900 Keystone Crossing, Ste. 1200** <br> **Indianapolis, IN 46240** | | - | | **10/08-3/09** | | | | **110.35** |
| Account No. <br><br> **Flaherty & Collins Construction** <br> **8900 Keystone Crossing, Ste. 1200** <br> **Indianapolis, IN 46240** | | - | | | | | | **251,173.63** |

Sheet no. __20__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **296,608.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                      ,       Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 1801**<br><br>**Frank Bolter**<br>**PO Box 5328**<br>**Concord, NC 28027** | | - | | **6/28/07**<br>**Downpayment** | | | | 30,875.00 |
| Account No. **Unit 2102**<br><br>**Frank Bolter**<br>**PO Box 5328**<br>**Concord, NC 28027** | | - | | **6/28/07**<br>**Downpayment** | | | | 30,925.00 |
| Account No. **Unit 4303**<br><br>**Frank Stynes**<br>**82 Viadi Roma Walk**<br>**Long Beach, CA 90803** | | - | | **12/1/06**<br>**Downpayment** | | | | 135,000.00 |
| Account No. **Unit 1706**<br><br>**Franklin Yancey**<br>**2033 Scott Ave.**<br>**Charlotte, NC 28203** | | - | | **6/15/06**<br>**Downpayment** | | | | 12,995.00 |
| Account No. **Unit 3208**<br><br>**Franklin Yancy, Sr.**<br>**105 College Ave.**<br>**Blackstone, VA 23824** | | - | | **6/16/06**<br>**Downpayment** | | | | 13,775.00 |

Sheet no. __21__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **223,570.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charlotte FC, LLC**                                              ,  Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 3603** <br><br> **Fred Freda** <br> **144 Woodstream Circle** <br> **Mooresville, NC 28117** | - | | 2/23/07 <br> Downpayment | | | | 58,650.00 |
| Account No. **Unit 2504** <br><br> **Freddie Gardner** <br> **4831 Spruce Peak Rd.** <br> **Charlotte, NC 28278** | - | | 10/30/07 <br> Downpayment | | | | 16,525.00 |
| Account No. **Unit 608** <br><br> **Gary & Mae Scott** <br> **6700 Fairview RD.** <br> **Charlotte, NC 28210** | - | | 6/18/06 <br> Downpayment | | | | 23,150.00 |
| Account No. **Unti 1207** <br><br> **Gary Whitworth** <br> **2250 Corydon Dr.** <br> **Huntersville, NC 28078** | - | | 12/2/06 <br> Downpayment | | | | 26,225.00 |
| Account No. <br><br> **GD&A** <br> **2626 Cole Ave. Ste. 300** <br> **Dallas, TX 75204** | - | | | | | | 42,602.16 |

Sheet no. __22__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **167,152.16**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charlotte FC, LLC** ,                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 1405** <br><br> George C. Coe <br> 8938 Challis Hill Lane <br> Charlotte, NC 28226 | - | | 6/15/06 <br> Downpayment | | | | 42,865.00 |
| Account No. **Unit 1907** <br><br> Gerald and Sue Allen <br> 4128 Swindon Court <br> Charlotte, NC 28215 | - | | 6/14/06 <br> Downpayment | | | | 25,329.75 |
| Account No. **Unit 3602** <br><br> Gerald Cosi <br> 15885 Golden Star Ave. <br> Riverside, CA 92506 | - | | 5/23/07 <br> Downpayment | | | | 33,675.00 |
| Account No. **Unit 4108** <br><br> Gerry Murphy <br> 9316 Percy Court <br> Charlotte, NC 28277 | - | | 6/15/06 <br> Downpayment | | | | 26,816.00 |
| Account No. **Unit 4103** <br><br> Ghazi Company, LLC <br> 5625 Fairview Rd. <br> Charlotte, NC 28209 | - | | 6/21/06 <br> Downpayment | X | X | X | 29,510.00 |

Sheet no. __23__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                158,195.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charlotte FC, LLC**                                    ,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Unit 2505** <br><br> **Gnana & Antionette Raj** <br>**602 Beauhaven Lane** <br>**Bryson City, NC 28713** | | - | | 6/28/06 <br>**Downpayment** | | | | 24,475.00 |
| Account No. **Unit 1605** <br><br> **Grant & Anne Smith** <br>**9906 Foxx Oak Place** <br>**Charlotte, NC 28210** | | - | | 6/15/06 <br>**Downpayment** | | | | 21,560.50 |
| Account No. **Unit 3610** <br><br> **Greg & Kelly Grainger** <br>**332 Old Mill Rd.** <br>**Waxhaw, NC 28173** | | - | | 11/19/06 <br>**Downpayment** | | | | 32,888.00 |
| Account No. **Unit 3007** <br><br> **Gregory & Jeanne Mcmillion** <br>**130 Stony Rd.** <br>**Dillon, SC 29536** | | - | | 6/14/07 <br>**Downpayment** | | | | 26,429.75 |
| Account No. **Unit 1107** <br><br> **Gregory C. Harris & Roman Mrozek** <br>**3611 Mt. Hollyhuntersville Rd. #372** <br>**Charlotte, NC 28216** | | - | | 12/29/06 <br>**Downpayment** | | | | 26,277.50 |

Sheet no. __24__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br>(Total of this page)     **131,630.75**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                         ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 3003**<br><br>**Guozhu & Shih-ping Li**<br>**5406 Frankling Springs Ct.**<br>**Charlotte, NC 28217** | - | | | **6/18/06**<br>**Downpayment** | | | | 28,550.00 |
| Account No. **Unit 2206**<br><br>**Harry Williams**<br>**8447 Dunham Station Drive**<br>**Tampa, FL 33647** | - | | | **6/15/06**<br>**Downpayment** | | | | 12,975.00 |
| Account No.<br><br>**Hendrix Business Systems, Inc.**<br>**2040 Independence Commerce Dr.,**<br>**Ste. A**<br>**Matthews, NC 28105** | - | | | **2/08-8/08** | | | | 274.00 |
| Account No. **Unit 706**<br><br>**Henry Leston**<br>**120 Sheets Dr.**<br>**Mooresville, NC 28117** | - | | | **6/15/06**<br>**Downpayment** | | | | 11,975.00 |
| Account No. **Unit 2302**<br><br>**Herm Bassin**<br>**Park Blvd.**<br>**16 Guerrero Noble St.**<br>**San Juan, PR 00913** | - | | | **7/45/06**<br>**Downpayment** | | | | 32,050.00 |

Sheet no. __25__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,824.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                        , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 3304**<br><br>**Hiren Deliwala**<br>**14111 Caraway Woods Ct.**<br>**Charlotte, NC 28277** | - | | 6/16/06<br>Downpayment | | | | 15,225.00 |
| Account No. **Unit 1511**<br><br>**Hunter Widener & Wendy James**<br>**8130 Parkton Gate Dr.**<br>**Charlotte, NC 28209** | - | | 6/15/06<br>Downpayment | | | | 43,040.00 |
| Account No. **Unit 1211**<br><br>**J. Michael Puleo**<br>**8430 Lismore St.**<br>**Winston Salem, NC 27102** | - | | 6/14/06<br>Downpayment | | | | 18,977.00 |
| Account No. **Unit 2303**<br><br>**Jacob & Leslie Cohen**<br>**6317 Foster Brook Dr.**<br>**Charlotte, NC 28216** | - | | 7/13/06<br>Downpayment | | | | 27,135.00 |
| Account No. **Unit 2405**<br><br>**Jacqueline Headley**<br>**19809 B North Cove Rd. Ste. 148**<br>**Cornelius, NC 28031** | - | | 7/9/06<br>Downpayment | | | | 23,970.00 |

Sheet no. __26__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **128,347.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                                    , Case No. _____

                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Unit 3203**<br><br>**Jade Vo-Dinh<br>300 West 5th St., #716<br>Charlotte, NC 28202** | - | | | | 12/4/07<br>Downpayment | | | | 28,175.00 |
| Account No. **Unit 1311**<br><br>**Jake Roberts<br>1700 Cal Bost Rd.<br>Midland, NC 28107** | - | | | | 7/12/06<br>Downpayment | | | | 23,025.00 |
| Account No. **Unit 906**<br><br>**James Deal<br>507 Dubois Port<br>Charlotte, NC 28208** | - | | | | 6/15/06<br>Downpayment | | | | 12,595.00 |
| Account No. **Unit 3108**<br><br>**James H. Hali, II<br>110 Single Leaf Ct.<br>Winston Salem, NC 27105** | - | | | | 6/16/06<br>Downpayment | | | | 13,575.00 |
| Account No. **Unit 1901**<br><br>**James J. Schad<br>2313 Commonwealth Ave.<br>Charlotte, NC 28205** | - | | | | 5/3/07<br>Downpayment | | | | 31,026.00 |

Sheet no. __27__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

108,396.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 1104**<br><br>**James Smith & Simon Brais**<br>**22045 Presswick Dr.**<br>**Fort Mill, SC 29715** | - | | 6/15/06<br>Downpayment | | | | 12,475.00 |
| Account No. **Unit 4102**<br><br>**James Thomas Evans**<br>**8430 Lismore St.**<br>**Clemmons, NC 27012** | - | | 6/20/06<br>Downpayment | | | | 34,779.00 |
| Account No. **Unit 3801**<br><br>**Jeffrey Imobersteg**<br>**401 N. Church St., Unit 402**<br>**Charlotte, NC 28202** | - | | 6/14/06<br>Downpayment | | | | 34,185.00 |
| Account No. **Unit 4001**<br><br>**Jennifer Basara and Matt Hockeborn**<br>**7218 Deloach Rd.**<br>**Charlotte, NC 28270** | - | | 6/18/06<br>Downpayment | | | | 34,039.75 |
| Account No. **Unit 3306**<br><br>**Jeonghwan Kwon**<br>**300 West 5th St., Apt. 610**<br>**Charlotte, NC 28205** | - | | 6/16/06<br>Downpayment | | | | 16,075.00 |

Sheet no. __28__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     131,553.75

B6F (Official Form 6F) (12/07) - Cont.

In re **Charlotte FC, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 3806**<br><br>Jerome Geathers<br>2227 Kilkenney Hill Rd.<br>Matthews, NC 28105 | - | | 6/16/06<br>Downpayment | | | | 30,786.00 |
| Account No.<br><br>Jerry Collins<br>8900 Keystone Crossing, Ste. 1200<br>Indianapolis, IN 46240 | - | | 04/17/2008<br>Loan | | | | 100,000.00 |
| Account No. **Unit 2410**<br><br>Ji Kim and Brandon Bae<br>16853 Hugh Torrence Parkway<br>Huntersville, NC 28078 | - | | 6/24/07<br>Downpayment | | | | 29,625.00 |
| Account No. **Unit 911**<br><br>Jill Crawford & Cameron Gadd<br>1608 Kneeling Place<br>Charlotte, NC 28210 | - | | 6/17/06<br>Downpayment | | | | 7,357.50 |
| Account No. **Unit 2710**<br><br>Jocelyn Towler<br>5241 Vanderhill Rd.<br>Torrance, CA 90505 | - | | 6/10/07<br>Downpayment | | | | 30,075.00 |

Sheet no. __29__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 197,843.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                              ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 3905** <br><br> **Jocelyn Towler** <br> **5241 Vanderhill Rd.** <br> **Torrance, CA 90505** | | - | | **6/9/07** <br> **Downpayment** | | | | 25,725.00 |
| Account No. **Unit 804** <br><br> **Jodie Silverlock** <br> **25934 Priesters Pond Drive** <br> **Chantilly, VA 20152** | | - | | **6/16/06** <br> **Downpayment** | | | | 15,425.00 |
| Account No. **Unit 1705** <br><br> **John Graffeo** <br> **249-37 61 Ave.** <br> **Little Neck, NY 11362** | | - | | **6/16/06** <br> **Downpayment** | | | | 22,000.00 |
| Account No. **Unit 1208** <br><br> **John Koz** <br> **5039 Poplar Grove Dr.** <br> **Charlotte, NC 28269** | | - | | **6/15/06** <br> **Downpayment** | | | | 11,375.00 |
| Account No. **Unit 1306** <br><br> **John Walker** <br> **415 West 8th Street, Apt. E** <br> **Charlotte, NC 28202** | | - | | **6/16/06** <br> **Downpayment** | | | | 12,920.00 |

Sheet no. __30__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **87,445.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Charlotte FC, LLC**                                                                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 2101**<br><br>Johnathan Meeks<br>2125 Southend Dr.<br>Charlotte, NC 28203 | | - | | 6/18/09<br>Downpayment | | | | 32,035.00 |
| Account No. **Unit 2811**<br><br>Jon Swift<br>405 Evergreen Drive<br>Mandeville, LA 70471 | | - | | 9/2/06<br>Downpayment | | | | 25,275.00 |
| Account No. **Unit 2908**<br><br>Jonathan Britt<br>2423 Tanglewood Lane<br>Charlotte, NC 28211 | | - | | 6/15/06<br>Downpayment | | | | 12,945.00 |
| Account No. **Unit 2606**<br><br>Jonathan Watkins<br>954 Champion Mt. Pleasant Rd.<br>Ferguson, NC 28264 | | - | | 6/16/06<br>Downpayment | | | | 13,810.00 |
| Account No. **Unit 2809**<br><br>Jonhathan & Katherine Harding<br>1129 Moray Court<br>Charlotte, NC 28211 | | - | | 6/14/09<br>Downpayment | | | | 5,222.00 |

Sheet no. __31__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                89,287.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 2704** <br><br> **Kamlesh Chandan** <br> **15744 Chipping Dr.** <br> **Huntersville, NC 28078** | | - | | 6/15/06 <br> Downpayment | | | | 14,025.00 |
| Account No. **Unit 504** <br><br> **Kathy Desautels** <br> **5464 N. Guilford** <br> **Indianapolis, IN 46220** | | - | | 6/17/06 <br> Downpayment | | | | 13,425.00 |
| Account No. **Unit 3209** <br><br> **Kathy Desautels** <br> **5464 North Guilford** <br> **Indianapolis, IN 46220** | | - | | 6/14/09 <br> Downpayment | | | | 12,961.00 |
| Account No. **Unit 3902** <br><br> **Kelly Gwin** <br> **9501 Greyson Heights Dr.** <br> **Charlotte, NC 28277** | | - | | 6/15/06 <br> Downpayment | | | | 34,506.00 |
| Account No. **Unit 2510** <br><br> **Kelly Hall and Jeff Freeland** <br> **3519 Oakwood Ave.** <br> **Charlotte, NC 28205** | | - | | 3/5/08 <br> Downpayment | | | | 29,775.00 |

Sheet no. __32__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

104,692.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                    ,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Unit 1304**<br><br>**Ken & Kristin Vining**<br>**118 East Kingston Ste. 34**<br>**Charlotte, NC 28203** | | - | | 6/16/06<br>Downpayment | | | | 13,575.00 |
| Account No. **Unit 3908**<br><br>**Kenneth Flynn**<br>**18701 Nautical Dr., Unit 102**<br>**Cornelius, NC 28031** | | - | | 6/18/06<br>Downpayment | | | | 16,025.00 |
| Account No. **Unit 2406**<br><br>**Kerry Fochi**<br>**8223 Tranquil Harbor Lane**<br>**Denver, NC 28037** | | - | | 6/16/06<br>Downpayment | | | | 13,575.00 |
| Account No. **Unit 1506**<br><br>**Kevin Sharkey**<br>**3255 Luke Crossing Drive**<br>**Charlotte, NC 28266** | | - | | 6/15/06<br>Downpayment | | | | 12,625.00 |
| Account No. **Unit 2904**<br><br>**Kindred B. & Meredith S. Howard**<br>**3365 Spindletop Drive NW**<br>**Kennesaw, GA 30144** | | - | | 11/7/07<br>Downpayment | | | | 16,725.00 |

Sheet no. __33__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,525.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**
                                                    ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 2310** <br><br> **Kristie Knorr & Craig S. Kintzel** <br> **8513 Wellingon Lane** <br> **Harrisburg, NC 28075** | - | | **6/26/07** <br> **Downpayment** | | | | **29,475.00** |
| Account No. **Unit 1005** <br><br> **Kristy Alexander** <br> **12323 Terick Court** <br> **Charlotte, NC 28273** | - | | **6/15/06** <br> **Downpayment** | | | | **20,675.00** |
| Account No. **Unit 3311** <br><br> **Larry & Jeryl Mitsch** <br> **11844 Promontory Trail** <br> **Zionsville, IN 46077** | - | | **6/29/06** <br> **Downpayment** | | | | **26,025.00** |
| Account No. **Unit 2801** <br><br> **Lewis Morico** <br> **5 Sugarmaple Dr.** <br> **Roslyn Heights, NY 11577** | - | | **7/14/06** <br> **Downpayment** | | | | **65,835.00** |
| Account No. **Unit 2308** <br><br> **Linda Stackenwalt & Gary Prudhomme** <br> **7224 Kicullen Dr.** <br> **Charlotte, NC 28270** | - | | **6/15/06** <br> **Downpayment** | | | | **24,350.00** |

Sheet no. __**34**__ of __**59**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**166,360.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charlotte FC, LLC**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 3810** | | - | | 6/14/06 Downpayment | | | | |
| Lori Goldin 435 S. Tryon St., Unit 605 Charlotte, NC 28202 | | | | | | | | 32,460.50 |
| Account No. **Unit 704** | | - | | 7/5/06 Downpayment | | | | |
| Louis P. Politis 105 Kuralt House Court Charlotte, NC 28210 | | | | | | | | 16,035.00 |
| Account No. **Unit 3506** | | - | | 6/16/06 Downpayment | | | | |
| Luz Brissette 17909 Peninsula Club Drive North Cornelius, NC 28031 | | | | | | | | 15,475.00 |
| Account No. **Unit 3009** | | - | | 6/14/06 Downpayment | | | | |
| M. Jane Williams and Landson Betwso 1919 East 8th St. Charlotte, NC 28269 | | | | | | | | 5,580.00 |
| Account No. | | - | | 3/08-4/08 | | | | |
| MACTEC Engineering 7477 Collection Center Drive Chicago, IL 60693-0076 | | | | | | | | 13,000.00 |

Sheet no. __35__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          82,550.50

B6F (Official Form 6F) (12/07) - Cont.

In re     **Charlotte FC, LLC**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 2507**  <br><br>**Mahendra Lamba** <br>**8501 Brownes Pond Lane** <br>**Charlotte, NC 28277** | | - | | 6/19/06 <br>Downpayment | | | | 27,925.00 |
| Account No. **Unit 3609**  <br><br>**Mahendra Lamba** <br>**8501 Brownes Pond Lane** <br>**Charlotte, NC 28277** | | - | | 6/17/06 <br>Downpayment | | | | 17,025.00 |
| Account No. **Unit 1805**  <br><br>**Man Lueng** <br>**8020 Gamkirk Dr.** <br>**Huntersville, NC 28078** | | - | | 6/6/08 <br>Downpayment | | | | 22,275.00 |
| Account No. **Unit 3001**  <br><br>**Manny Pereira** <br>**609 Edgewood Drive** <br>**Westbury, NY 11590** | | - | | 7/11/06 <br>Downpayment | | | | 66,850.00 |
| Account No. **Unit 4101**  <br><br>**Mariam Ghazi** <br>**5625 Fairview Rd.** <br>**Charlotte, NC 28209** | | - | | 6/21/06 <br>Downpayment | | | | 34,725.00 |

Sheet no. __36__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **168,800.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Unit 1711** <br><br> **Mark Adkins** <br> **16309 Belle Isle Dr.** <br> **Cornelius, NC 28031** | - | | | | 6/6/06 <br> Downpayment | | | | 22,241.25 |
| Account No. **Unit 1006** <br><br> **Mark Meritt** <br> **3 Mountain View Court** <br> **Millstone Township, NJ 08510** | - | | | | 7/8/06 <br> Downpayment | | | | 16,025.00 |
| Account No. **Unit 1804** <br><br> **Mark Ricketson** <br> **7218 Golden Glow Court** <br> **Charlotte, NC 28212** | - | | | | 6/15/08 <br> Downpayment | | | | 13,595.00 |
| Account No. **Unit 1404** <br><br> **Marvin Gardens LLC** <br> **5625 Fairview Rd.** <br> **Charlotte, NC 28209** | - | | | | 6/21/06 <br> Downpayment | | | | 12,360.00 |
| Account No. **Unit 1408** <br><br> **Marvin Gardens LLC** <br> **5626 Fairview Rd.** <br> **Charlotte, NC 28209** | - | | | | 6/21/06 <br> Downpayment | | | | 11,225.00 |

Sheet no. __37__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **75,446.25**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 3301**<br><br>**Masood & Kay Bentley Emad**<br>**9917 Devereaux Dr.**<br>**Matthews, NC 28105** | - | | **6/19/06**<br>**Downpayment** | | | | **33,954.00** |
| Account No. **Unit 4301**<br><br>**Masood & Kay Bentley Emad**<br>**9917 Devereaux Dr.**<br>**Matthews, NC 28105** | - | | **11/30/06**<br>**Downpayment** | | | | **170,000.00** |
| Account No. **Unit 2509**<br><br>**Matt Malone**<br>**401 N. Tryon St., 10th Fl.**<br>**Charlotte, NC 28202** | - | | **6/16/06**<br>**Downpayment** | | | | **15,210.00** |
| Account No. **Unit 2008**<br><br>**Matthew Bowman**<br>**1225 East Woodlawn**<br>**Charlotte, NC 28209** | - | | **6/15/06**<br>**Downpayment** | | | | **13,045.00** |
| Account No. **Unt 2610**<br><br>**Matthew Hong**<br>**109 Forest Dr.**<br>**Hammonton, NJ 08037** | - | | **6/15/06**<br>**Downpayment** | | | | **29,925.00** |

Sheet no. __**38**__ of __**59**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **262,134.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 2903**<br><br>**Mazen & Samira Chakra**<br>**3700 Bodenham Court**<br>**Charlotte, NC 28215** | - | | 2/25/07<br>Downpayment | | | | 28,650.00 |
| Account No. **Unit 1094**<br><br>**Michael J. Saya**<br>**19412 Laruel Glen Ave.**<br>**Cornelius, NC 28031** | - | | 6/14/06<br>Downpayment | | | | 13,235.00 |
| Account No. **Unit 2301**<br><br>**Michael Landis**<br>**1109 S. Kings Dr.**<br>**Charlotte, NC 28207** | - | | 1/25/07<br>Downpayment | | | | 31,625.00 |
| Account No. **Unit 1011**<br><br>**Michael Nokovich**<br>**19410 East Battery Street**<br>**Cornelius, NC 28031** | - | | 6/14/06<br>Downpayment | | | | 18,385.50 |
| Account No. **Unit 2211**<br><br>**Michael Ryan**<br>**3321 Kemble Ridge Rd.**<br>**Vandemere, NC 28587** | - | | 6/14/06<br>Downpayment | | | | 39,341.00 |

Sheet no. __**39**__ of __**59**__ sheets attached to Schedule of                    Subtotal                    131,236.50
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | |
| Account No. **Unit 3303**<br><br>Michael Toner<br>300 W. 5th St., #313<br>Charlotte, NC 28202 | | - | | 12/4/07<br>Downpayment | | | | 28,325.00 |
| Account No. **Unit 3701**<br><br>Mike & Helen Ross<br>6311 North Canon Del Pajaro<br>Tucson, AZ 85750 | | - | | 10/29/07<br>Downpayment | | | | 33,725.00 |
| Account No.<br><br>Mitsch Design<br>501 Pennsylvania Parkway, Ste. 1600<br>Indianapolis, IN 46280 | | - | | 9/07-8/08 | | | | 5,299.50 |
| Account No. **Unit 2205**<br><br>Monark Properties LLC<br>5725 Laurium Rd.<br>Charlotte, NC 28226 | | - | | 6/17/06<br>Downpayment | | | | 47,300.00 |
| Account No. **Unit 2711**<br><br>Monark Properties LLC<br>5725 Laurium Rd.<br>Charlotte, NC 28226 | | - | | 6/17/06<br>Downpayment | | | | 25,175.00 |

Sheet no. __40__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     139,824.50

B6F (Official Form 6F) (12/07) - Cont.

In re **Charlotte FC, LLC**                                    Case No. _____
                                          ,
                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 1103** <br><br> **Nabeel Quwaider** <br> **1812 Chinschester Lane** <br> **Charlotte, NC 28270** | - | | **6/16/06** <br> **Downpayment** | | | | 24,700.00 |
| Account No. **Unit 908** <br><br> **Nancy A. Hoover** <br> **4414 Squirrel Trail Lane** <br> **Charlotte, NC 28269** | - | | **6/15/06** <br> **Downpayment** | | | | 22,450.00 |
| Account No. **Unit 3704** <br><br> **Nancy Braun** <br> **10418 Counts Place** <br> **Charlotte, NC 28277** | - | | **6/15/06** <br> **Downpayment** | | | | 29,600.00 |
| Account No. **Unit 502** <br><br> **Omar Kweider** <br> **237 Sardis Grove Lane** <br> **Matthews, NC 28105** | - | | **11/28/07** <br> **Downpayment** | | | | 28,825.00 |
| Account No. **Unit 1504** <br><br> **Orail White** <br> **4 Saywood Lane** <br> **Baldwin, NY 11510** | - | | **10/27/07** <br> **Downpayment** | | | | 12,925.00 |

Sheet no. __41__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

118,500.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                    , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ox Blue Cosnst. Webcams**<br>**644 Antone St. NW, Ste. 2**<br>**Atlanta, GA 30318** | - | | 11/08-1/09 | | | | 1,261.00 |
| Account No. **Unit 2604** <br><br>**Paisley Gordon, Jr.**<br>**211 Malvern Rd.**<br>**Charlotte, NC 28207** | - | | 6/6/06<br>Downpayment | | | | 29,000.00 |
| Account No. **Unit 4107** <br><br>**Patrick T. & Dawn Bannigan**<br>**95 Woodland Circle**<br>**Minneapolis, MN 55424** | - | | 6/18/06<br>Downpayment | | | | 30,000.00 |
| Account No. **Unit 3803** <br><br>**Phillip & Celeste Pafford**<br>**PO Box 77175**<br>**Corona, CA 92877** | - | | 6/14/06<br>Downpayment | | | | 28,910.50 |
| Account No. <br><br>**Port-Jon**<br>**P.O. Box 890067**<br>**Charlotte, NC 28289** | - | | 3/08-6/08 | | | | 728.16 |

Sheet no. __42__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **89,899.66**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                ,     Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 3/08-9/08 Professional fees | | | | |
| Poyner & Spruill LLP 301 South College Streeet Charlotte, NC 28202 | - | | | | | | | 247,907.85 |
| Account No. **Unit 1803** | | | | 2/5/08 Downpayment | | | | |
| Precious Halili-felse, Mark Felse, Eric 9169 Drayton Lane Westville, SC 29175 | - | | | | | | | 26,175.00 |
| Account No. | | | | 2/08-3/08 | | | | |
| R.B. Pharr & Associates, P.A. 420 Hawthorne Lane Charlotte, NC 28210 | - | | | | | | | 6,090.00 |
| Account No. | | | | 9/07-2/08 Trade debt | | | | |
| R.J. Griffin & Company 5970 Fairview Road, Ste. 500 Charlotte, NC 28210 | - | | | | | | | 6,563,898.20 |
| Account No. **Unit 3408** | | | | 6/15/06 Downpayment | | | | |
| Rajeev Puri 14516 Salem Ridge Rd. Huntersville, NC 28078 | - | | | | | | | 12,975.00 |

Sheet no. __43__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                **6,857,046.05**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 605** <br><br> **Rakhee Pandoria** <br> **6329 Red Maple Dr.** <br> **Charlotte, NC 28277** | - | | 6/18/06 <br> **Downpayment** | | | | 13,775.00 |
| Account No. **Unit 1806** <br><br> **Randi & Jonathan Macioce** <br> **100 Daly Blvd. #2105** <br> **Oceanside, NY 11572** | - | | 6/15/08 <br> **Downpayment** | | | | 12,335.50 |
| Account No. **Unit 1303** <br><br> **Randy & Adrienne Hollifield** <br> **805 W. Fifth St., Apt. 210** <br> **Charlotte, NC 28269** | - | | 1/20/07 <br> **Downpayment** | | | | 26,437.00 |
| Account No. **Unit 2603** <br><br> **Raymundo and Geraldine C.G. Marquez** <br> **38 Nance Rd. NW** <br> **West Orange, NJ 07052** | - | | 5/8/07 <br> **Downpayment** | | | | 54,750.00 |
| Account No. **Unit 2609** <br><br> **Rebecca Webb** <br> **432 Atherton St.** <br> **Denver, NC 28037** | - | | 6/15/06 <br> **Downpayment** | | | | 14,075.00 |

Sheet no. __44__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    121,372.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charlotte FC, LLC**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 4010**  Rema Associates 19721 Bethel Church Road Cornelius, NC 28031 | - | | | 6/15/06 Downpayment | | | | 32,011.00 |
| Account No.  Resite Online 75 Remittance Drive #1717 Chicago, IL 60675 | - | | | 5/08-1/09 | | | | 2,464.00 |
| Account No. **Unit 3910**  Richard Gwift 800 Mckendree Rd. Mooresville, NC 28117 | - | | | 6/20/06 Downpayment | | | | 66,320.00 |
| Account No. **Unit 1502**  Richard J. Woodland, Trustee of Trust 3945 Buena Vista Dr. Paso Robles, CA 93446 | - | | | 7/5/07 Downpayment | | | | 30,025.00 |
| Account No. **Unit 1701**  Richard Woodland, Trustee of a Trust 3945 Buena Vista Dr. Paso Robles, CA 93446 | - | | | 7/5/07 Downpayment | | | | 31,475.00 |

Sheet no. __45__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  162,295.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Charlotte FC, LLC__ _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 3207** <br><br> **Rob Drag** <br> **17418 Sailview Dr.** <br> **Cornelius, NC 28031** | - | | | **6/15/06** <br> **Downpayment** | | | | 28,500.00 |
| Account No. **Unit 3811** <br><br> **Rob Drag** <br> **2102 Seniac Lane** <br> **Cornelius, NC 28031** | - | | | **6/15/08** <br> **Downpayment** | | | | 24,775.00 |
| Account No. **Unit 2104** <br><br> **Robert & Elizabeth Enticott** <br> **3713 Eastover Hills Ct.** <br> **Charlotte, NC 28211** | - | | | **6/15/06** <br> **Downpayment** | | | | 27,500.00 |
| Account No. **Unit 2411** <br><br> **Robert Luke** <br> **14219 San Paolo Lane** <br> **Charlotte, NC 28277** | - | | | **6/23/06** <br> **Downpayment** | | | | 8,398.00 |
| Account No. **Unit 2109** <br><br> **Robert Marcott** <br> **143 Blackwood Court** <br> **Vacaville, CA 95688** | - | | | **6/14/06** <br> **Downpayment** | | | | 29,250.00 |

Sheet no. __46__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **118,423.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                                      Case No. _____
                                                                ,
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 808**<br><br>**Robert Reardin**<br>**1320 Ashcraft Lane**<br>**Charlotte, NC 28209** | - | | | **6/15/06**<br>**Downpayment** | | | | **11,675.00** |
| Account No. **Unit 809**<br><br>**Ron & Julie Williams**<br>**7232 Saint Clair Dr.**<br>**Charlotte, NC 28270** | - | | | **6/15/06**<br>**Downpayment** | | | | **24,320.00** |
| Account No. **Unit 3804**<br><br>**Ron & Julie Williams**<br>**7232 Saint Clair Dr.**<br>**Charlotte, NC 28270** | - | | | **6/15/06**<br>**Downpayment** | | | | **28,411.00** |
| Account No. **Unit 2209**<br><br>**Ronald & Cathleen Staskel**<br>**6206 Glenclaim Court**<br>**Charlotte, NC 28269** | - | | | **6/15/06**<br>**Downpayment** | | | | **13,925.00** |
| Account No. **Unit 1510**<br><br>**Ronald Taylor**<br>**807 Hedgerow Ct.**<br>**Charlotte, NC 28209** | - | | | **10/1/07**<br>**Downpayment** | | | | **28,120.00** |

Sheet no. __**47**__ of __**59**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **106,451.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Charlotte FC, LLC**_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 3310** <br><br> **Roslyn Y. Morgan** <br> **6530 Olmsford Dr.** <br> **Huntersville, NC 28078** | - | | | **4/5/07** <br> **Downpayment** | | | | 30,975.00 |
| Account No. **Unit 3004** <br><br> **Ryan Miller** <br> **12400 Bluff Meadows Trail** <br> **Huntersville, NC 28078** | - | | | **6/16/06** <br> **Downpayment** | | | | 15,767.00 |
| Account No. **Unit 811** <br><br> **Sajuan Pettiford** <br> **718 W. Trade St. Ste. 713** <br> **Charlotte, NC 28202** | - | | | **6/14/06** <br> **Downpayment** | | | | 18,635.00 |
| Account No. **Unit 3707** <br><br> **Samuel Drakulic** <br> **13804 Tributary Court** <br> **Davidson, NC 28036** | - | | | **6/16/06** <br> **Downpayment** | | | | 28,850.00 |
| Account No. **Unit 1209** <br><br> **Sandra Kindborn** <br> **5808 Maylandia Rd.** <br> **Charlotte, NC 28269** | - | | | **6/14/06** <br> **Downpayment** | | | | 22,485.00 |

Sheet no. __**48**__ of __**59**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  116,712.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Charlotte FC, LLC**_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 4106**<br><br>Sankalp Puri<br>14516 Salem Ridge Rd.<br>Huntersville, NC 28078 | | - | | 6/15/06<br>Downpayment | | | | 14,175.00 |
| Account No. **Unit 2204**<br><br>Satish & Shweta Thamatur<br>5616 Challis View Lane<br>Charlotte, NC 28226 | | - | | 6/15/06<br>Downpayment | | | | 27,550.00 |
| Account No. **Unit 3711**<br><br>Scott & Ashley Davis<br>10142 Victoria Mill Court<br>Charlotte, NC 28277 | | - | | 7/19/07<br>Downpayment | | | | 53,595.00 |
| Account No. **Unit 2004**<br><br>Scott Blalock and R. Alan Blalock<br>3701 Weddington Ridge Lane<br>Matthews, NC 28105 | | - | | 6/15/06<br>Downpayment | | | | 13,175.00 |
| Account No. **Unit 1906**<br><br>Scott Mitchell<br>7417 Shadowlake Drive<br>Charlotte, NC 28226 | | - | | 6/15/06<br>Downpayment | | | | 12,386.00 |

Sheet no. __49__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

120,881.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                                      ,        Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 4006**<br><br>**Scott Weyand**<br>**19249 Hidden Cove Lane**<br>**Stony Brook, NY 11790** | - | | | **6/15/06**<br>**Downpayment** | | | | **15,145.00** |
| Account No. **Unit 3008**<br><br>**Scotty Dunlap & Fearon Melton**<br>**13217 Pinion Rd.**<br>**Norwood, NC 28128** | - | | | **6/15/06**<br>**Downpayment** | | | | **13,075.00** |
| Account No. **Unit 807**<br><br>**Sean Colas**<br>**147 Logan Crossing Drive**<br>**Davidson, NC 28036** | - | | | **8/15/07**<br>**Downpayment** | | | | **25,825.00** |
| Account No.<br><br>**Sensory Technologies**<br>**6951 Corporate Circle**<br>**Indianapolis, IN 46278** | - | | | **7/08-8/08** | | | | **4,046.00** |
| Account No. **Unit 3903**<br><br>**Seth Wifong**<br>**3127 Selwyn Ave.**<br>**Charlotte, NC 28204** | - | | | **6/14/06**<br>**Downpayment** | | | | **29,396.00** |

Sheet no. __**50**__ of __**59**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **87,487.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                              ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 2601**<br><br>**Shahab Alshehabi**<br>**657 Portpatrick Place**<br>**Fort Lawn, SC 29714** | - | | 8/25/06<br>**Downpayment** | | | | 33,164.25 |
| Account No. **Unit 2506**<br><br>**Shahyar & Sohelia Pirzadeh**<br>**813 Lancaster Lane**<br>**Newport News, VA 23602** | - | | 6/14/06<br>**Downpayment** | | | | 25,721.00 |
| Account No. **Unit 3802**<br><br>**Shanshank Mishra**<br>**15206 Mccomb Manor Court**<br>**Charlotte, NC 28277** | - | | 11/14/07<br>**Downpayment** | | | | 33,525.00 |
| Account No. **Unit 4003**<br><br>**Shawn & Shelley Wifong**<br>**1919 East 8th St.**<br>**Charlotte, NC 28269** | - | | 6/14/06<br>**Downpayment** | | | | 28,461.00 |
| Account No. **Unit 2401**<br><br>**Shawn Kashyap**<br>**2910 Providence View Lane**<br>**Charlotte, NC 28270** | - | | 11/6/07<br>**Downpayment** | | | | 31,775.00 |

Sheet no. __51__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

152,646.25

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 4009** <br><br> Sheldon & Lawson Joyce <br> 3239 Sunnybrook Drive <br> Charlotte, NC 28210 | - | | 6/14/06 <br> Downpayment | | | | 5,613.00 |
| Account No. <br><br> Site Manageware <br> 2950 West Cypress Creek Road, Ste. 300 <br> Fort Lauderdale, FL 33309 | - | | 10/08-12/08 | | | | 1,500.00 |
| Account No. <br><br> SMR Landscape Architects <br> 1708 N. Griffin St. <br> Dallas, TX 75202 | - | | 5/08-6/08 | | | | 210.00 |
| Account No. <br><br> Standard Parking Corp. <br> 8037 Innovation Way <br> Chicago, IL 60682 | - | | 5/08-11/08 | | | | 2,509.00 |
| Account No. **Unit 1509** <br><br> Steffen Neuman <br> 5625 Fairview Rd. <br> Charlotte, NC 28209 | - | | 6/21/06 <br> Downpayment | | | | 11,210.50 |

Sheet no. __**52**__ of __**59**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **21,042.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                                      , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 2309**<br><br>**Steph Kronen**<br>**5537 Werburgh St.**<br>**Charlotte, NC 28209** | - | | 10/22/07<br>Downpayment | | | | 15,275.00 |
| Account No. **Unit 711**<br><br>**Stephanie Adams-Rodriguez**<br>**2321 Commonweatlh**<br>**Charlotte, NC 28205** | - | | 6/14/2006<br>Downpayment | | | | 7,144.00 |
| Account No. **Unit 4008**<br><br>**Stephanie Insinga**<br>**5615 Roundhouse Lane**<br>**Charlotte, NC 28226** | - | | 6/15/06<br>Downpayment | | | | 14,325.00 |
| Account No. **Unit 2906**<br><br>**Steve & Susan Kreider**<br>**4803 Armorsrest Lane**<br>**Charlotte, NC 28277** | - | | 6/16/06<br>Downpayment | | | | 14,125.00 |
| Account No. **Unit 2409**<br><br>**Steve Jegier**<br>**9331 Hampton Oaks**<br>**Charlotte, NC 28270** | - | | 6/16/06<br>Downpayment | | | | 14,525.00 |

Sheet no. __53__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    65,394.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Charlotte FC, LLC_____,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 2404**<br><br>Steven Sorge<br>4419 Woodlark Lane<br>Charlotte, NC 28211 | - | | | 6/15/06<br>Downpayment | | | | 27,885.00 |
| Account No. **Unit 3206**<br><br>Sue Schwinn<br>12018 Summerberry Ct.<br>Charlotte, NC 28277 | - | | | 6/16/06<br>Downpayment | | | | 16,470.00 |
| Account No. **Unit 1704**<br><br>Suresh Karusala<br>4009-d Kingsgate Place<br>Charlotte, NC 28211 | - | | | 6/15/06<br>Downpayment | | | | 13,275.00 |
| Account No. **Unit 1305**<br><br>Suron Latta<br>6219 Day Lilly Lane<br>Charlotte, NC 28216 | - | | | 8/3/06<br>Downpayment | | | | 22,725.00 |
| Account No. **Unit 810**<br><br>Susan A Weir, Darron Deal, Tricia Deal<br>2523 Primm Rd.<br>Cornelius, NC 28031 | - | | | 6/16/06<br>Downpayment | | | | 27,210.50 |

Sheet no. __54__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    107,565.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charlotte FC, LLC**                                                                            ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unit 2708** <br><br> **Susan Luke** <br> **17335 Meadowbottom Drive** <br> **Charlotte, NC 28277** | | - | | 6/15/06 <br> Downpayment | | | | 25,041.00 |
| Account No. **Unit 1710** <br><br> **Tak Lee Kwan** <br> **Unit 8, 9/f., Block A. 21 Man Lok Street** <br> **Hunghom, Kowlo, CH** | | - | | 10/4/07 <br> Downpayment | | | | 57,150.00 |
| Account No. **Unit 1505** <br><br> **Tak Man Koo** <br> **435 S. Tryon St., Ste. 707** <br> **Charlotte, NC 28202** | | - | | 6/16/06 <br> Downpayment | | | | 21,860.00 |
| Account No. **Unit 2807** <br><br> **Terrill Krigger** <br> **9935 Worthington Blvd.** <br> **Fishers, IN 46038** | | - | | 9/8/06 <br> Downpayment | | | | 28,650.00 |
| Account No. <br><br> **The Charlotte Observer** <br> **P.O. Box 32188** <br> **Charlotte, NC 28232-3588** | | - | | 12/06-3/08 | | | | 1,087.74 |

Sheet no. __55__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    133,788.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charlotte FC, LLC**
                                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **The First Fidelity Companies** **Two Ravina Drive, Ste. 1600** **Atlanta, GA 30346** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. **xxxxxx-xx1102** | | 3/08 | | | | | | |
| **The Pointe Apartments** **6530 Free Throw Court** **Charlotte, NC 28217** | - | | | | | | | |
| | | | | | | | | 16.23 |
| Account No. **Unit 2810** | | 5/22/07 Downpayment | | | | | | |
| **Thomas Aiken** **15885 Golden Star Ave.** **Riverside, CA 92506** | - | | | | | | | |
| | | | | | | | | 30,225.00 |
| Account No. **Unit 1808** | | 6/15/06 Downpayment | | | | | | |
| **Thomas Decherd** **233 Mills Lane** **Fort Mill, SC 29708** | - | | | | | | | |
| | | | | | | | | 11,925.00 |
| Account No. **Unit 3907** | | 6/15/06 Downpayment | | | | | | |
| **Thomas Hewitt** **3100 Sweet Oak Ct.** **Charlotte, NC 28210** | - | | | | | | | |
| | | | | | | | | 29,175.00 |

Sheet no. __**56**__ of __**59**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,341.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charlotte FC, LLC**                                              , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 1/06-1/08 | | | | | | |
| Thompson Company Inc. 50 Technology Parkway South Norcross, GA 30092 | - | | | | | | | 243.97 |
| Account No. **Unit 2001** | | 6/15/06 Downpayment | | | | | | |
| Tina Edwards 16339 Jetton Rd. Cornelius, NC 28031 | - | | | | | | | 31,556.00 |
| Account No. **Unit 1109** | | 6/15/06 Downpayment | | | | | | |
| Todd & Elizabeth Freund 5200 Fennell St. Indian Trail, NC 28079 | - | | | | | | | 25,295.00 |
| Account No. **Unit 1009** | | 6/15/06 Downpayment | | | | | | |
| Todd & Vicki Boerema 3015 Stanbury Dr. Matthews, NC 28104 | - | | | | | | | 25,450.00 |
| Account No. **Unit 2508** | | 6/16/06 Downpayment | | | | | | |
| Toni Talbert 5115 Furman Place Charlotte, NC 28210 | - | | | | | | | 13,025.00 |

Sheet no. __57__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95,569.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charlotte FC, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unit 1608**  <br><br>**Tracy Cooke**<br>**145 West Harris Blvd.**<br>**Charlotte, NC 28262** | - | | **6/15/06**<br>**Downpayment** | | | | **11,825.00** |
| Account No. **Unit 2107**  <br><br>**Triple Crown Partners LLC**<br>**10 Cushing Court**<br>**Randolph, NC** | - | | **6/14/06** | | | | **49,959.50** |
| Account No. **Unit 1507**  <br><br>**Venket Raman & Jayaprada Jampunathan**<br>**1023 Whipoorwhill Lane**<br>**Indian Trail, NC 28079** | - | | **7/23/06**<br>**Downpayment** | | | | **53,125.00** |
| Account No. **Unit 709**  <br><br>**Vincent & Rosemarie Bannigan**<br>**113 Overbrook Drive**<br>**Concord, NC 28025** | - | | **6/18/06**<br>**Downpayment** | | | | **25,000.00** |
| Account No. **Unit 3410**  <br><br>**Vineet & Deepti Nayyar**<br>**413 Hurston Circle**<br>**Charlotte, NC 28208** | - | | **10/30/07**<br>**Downpayment** | | | | **31,125.00** |

Sheet no. __**58**__ of __**59**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **171,034.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charlotte FC, LLC**                                              Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Unit 3403**<br><br>**Warren & Priscilla Freda, Cragin Greene**<br>**#3 Shawmut Ave.**<br>**Hudson, MA 01749** | | - | | | 3/7/07<br>Downpayment | | | | 58,735.00 |
| Account No. **Unit 3706**<br><br>**Wei Wang**<br>**375 Shoreline Parkway**<br>**Fort Mill, SC 29708** | | - | | | 6/16/06<br>Downpayment | | | | 15,010.50 |
| Account No. **Unit 2408**<br><br>**William Sanders**<br>**1608 Heron Cove Ct.**<br>**Charlotte, NC 28269** | | - | | | 6/16/06<br>Downpayment | | | | 13,525.00 |
| Account No. **Unit 3210**<br><br>**Zhong Su and Xiaofei Ouyang**<br>**6733 Wannamaker Lane**<br>**Charlotte, NC 28226** | | - | | | 4/27/07<br>Downpayment | | | | 30,825.00 |
| Account No. | | | | | | | | | |

Sheet no. __59__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 118,095.50 |
| Total<br>(Report on Summary of Schedules) | | 15,153,497.65 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re  **Charlotte FC, LLC** _____,   Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Builders Supply, Inc.**<br>**9030 Crump Rd.**<br>**Pineville, NC 28134** | **Agreement for brokerage/sales services.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re      **Charlotte FC, LLC**                                                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Brian Ploss**<br>   **Allegedly co-debtors per the Dunn Southeast, Inc. complaint.** | |
| **Charlotte FC Investors LLC**<br>   **Allegedly co-debtors per the Dunn Southeast, Inc. complaint.** | |
| **Chicago Title Insurance Company**<br>   **Allegedly co-debtors per the Dunn Southeast, Inc. complaint.** | |
| **David M. Flaherty**<br>   **Allegedly co-debtors per the Dunn Southeast, Inc. complaint.** | |
| **Doug Sylvester**<br>   **Allegedly co-debtors per the Dunn Southeast, Inc. complaint.** | |
| **Flaherty & Collins Contruction, Inc.**<br>**Indianapolis, IN**<br>   **Allegedly co-debtors per the Dunn Southeast, Inc. complaint.** | |
| **Flaherty & Collins Properties, LLC**<br>**Indianapolis, IN**<br>   **Allegedly co-debtors per the Dunn Southeast, Inc. complaint.** | |
| **Flaherty & Collins, Inc.**<br>**Indianapolis, IN**<br>   **Allegedly co-debtors per the Dunn Southeast, Inc. complaint.** | |
| **House Investments, LLC**<br>   **Allegedly co-debtors per the Dunn Southeast, Inc. complaint.** | |
| **Jerry K. Collins**<br>   **Allegedly co-debtors per the Dunn Southeast, Inc. complaint.** | |
| **Real Estate Investment Fund IV, LLC**<br>   **Allegedly co-debtors per the Dunn Southeast, Inc. complaint.** | |

**1**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

In re     **Charlotte FC, LLC**                                              ,     Case No. _____

                                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Real Estate Opportunity Fund III, L.P.**<br>  **Allegedly co-debtors per the Dunn Southeast,**<br>**Inc. complaint.** | |
| **U.S. Bank National Association**<br>  **Allegedly co-debtors per the Dunn Southeast,**<br>**Inc. complaint.** | |

Sheet ___**1**___ of ___**1**___ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Charlotte FC, LLC**                 Case No. _____

                              Debtor(s)        Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**72**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 2, 2009**            Signature    **/s/ David Flaherty/Jerry Collins**

                                                 **David Flaherty/Jerry Collins**

                                                 **Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Charlotte FC, LLC**
_____    Case No. _____
                                    Debtor(s)    Chapter    **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

            AMOUNT                SOURCE

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$33,142.00** | **Interest income 2007** |
| **$10.00** | **Interest income 2008** |

2

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Dunn Southeast, Inc. d/b/a R.J. Griffin & Company, Inc. v. Charlotte FC, LLC, et. al.** | **Breach of Contract** | **In the General Court of Justice, Superior Division Mecklenburg, North Carolina** | **Pending** |
| **Matthew Hong v. Charlotte FC, LLC, and Flaherty & Collins Properties, Case No. 09-CVS-22339** | **Suit for breach of contract related to deposit for condominium purchase** | **General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina** | **Filed 9/15/09** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **BARNES & THORNBURG LLP 11 South Meridian Street Indianapolis, IN 46204-3535** | | **$30,000.00** |

4

**10.  Other transfers**

None ☐    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **U.S. Bank, N.A.** | **2/23/09** | **Agreement to transfer certain litigation rights/claims to bank in partial satisfaction of outstanding debt.  Outstanding loan balance reduced by $10 million.** |

None ■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

5

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                           NAME USED                                           DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|  |  |  |  |
| --- | --- | --- | --- |
| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  |  |  |  |
| --- | --- | --- | --- |
| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

|  |  |  |
| --- | --- | --- |
| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Brian Ploss** | |
| **Tisha Feasal** | |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **U.S. Bank** | |
| **Corus Bank** | |

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **David Flaherty** | | **37.5%** |
| **Jerry Collins** | | **37.5%** |
| **Eli Lilly II** | | **10%** |
| **Brian Ploss** | | **5%** |
| **Anthony Birkla** | | **5%** |
| **David Anderson** | | **2.5%** |
| **Gordon Benner** | | **2.5%** |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October  2, 2009**          Signature   **/s/ David Flaherty/Jerry Collins**

**David Flaherty/Jerry Collins**

**Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Charlotte FC, LLC**

Case No. _____

Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................ $ | **30,000.00** |
| Prior to the filing of this statement I have received.................................................. $ | **30,000.00** |
| Balance Due.................................................................................................. $ | **0.00** |

2.   The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☐ Debtor    ☑ Other (specify):    **Nothing else to be paid.**

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October  2, 2009**

**/s/ Wendy Brewer**
**Wendy Brewer 22669-49**
**BARNES & THORNBURG LLP**
**11 South Meridian Street**
**Indianapolis, IN 46204-3535**
**317-236-1313;  Fax: 317-231-7433**

---

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Charlotte FC, LLC**                Case No. _____

                              Debtor(s)       Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October  2, 2009** _____         **/s/ David Flaherty/Jerry Collins** _____

                                                  **David Flaherty/Jerry Collins**/**Member**

                                                  Signer/Title

210 TRADE LLC
6141 KINGSLEY DR.
INDIANAPOLIS, IN 46220


AFSHIN GHAZI
5625 FAIRVIEW RD.
CHARLOTTE, NC 28209


AHMAD SYRUS & MEENA ARDEBILI
637 WILLIAMSON ROAD, STE. 307
MOORESVILLE, NC 28117


ALI SADAGHIANI
5625 FAIRVIEW RD.
CHARLOTTE, NC 28209


ANDRE WILLIAMS
9241 HERITAGE WOODS PLACE
CHARLOTTE, NC 28269


ANDREA KOLLOMORGEN
5214 TANNERON PLACE
CHARLOTTE, NC 28226


ANGELENE DUNLAP
13217 PINION RD.
NORWOOD, NC 28128

ANISH SHAH
14916 JOCKEYS RIDGE DR.
CHARLOTTE, NC 28277


APARAPPAR SINGH
311 EAST BLVD.
CHARLOTTE, NC 28203


APPTECHBIZ
4801 E. INDEPENDENCE BLVD, ST. 710
CHARLOTTE, NC 28212


ARMIN GHAZI
5625 FAIRVIEW RD.
CHARLOTTE, NC 28209


ARTHUR BRUCKLER
15885 GOLDEN STAR AVE.
RIVERSIDE, CA 92506


ARUN PINTO
10709 ALEXANDER MILL DRIVE
CHARLOTTE, NC 28277


ASHISH & SMITHA SHUKUL
10459 GUNNISON LANE
CHARLOTTE, NC 28277

ASHISH PATEL
10533 SUTHERBY DR.
CHARLOTTE, NC 28277


AUBREY LONG
311 WEST 9TH STREET
CHARLOTTE, NC 28202


BARBUR GENISOL
305 DOGGETT ST.
CHARLOTTE, NC 28236


BARNES & THORNBURG LLP
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204


BARRY BURGESS
2610 EAST FIFTH STREET
CHARLOTTE, NC 28204


BECKEY RAINEY
4405 ANTELOPE LANE
CHARLOTTE, NC 28269


BERGERAC INVESTMENTS CORPORATION
1357 ASHFORD AVE. #206
SAN JUAN, PR 00907

BILL & JANE ROSINSKI
309 E. MOREHEAD ST., APT. 435
NC 28022


BRANDON SHELLADY AND JULIANA MARQUES
5115 FUHRMAN PLACE
CHARLOTTE, NC 28210


BRENDA HALSEY
7623 BOSHAM LANE
CHARLOTTE, NC 28270


BRETT CONNOLLY AND RICK CONNOLLY
2714 NE 37TH AVE.
POMPANO BEACH, FL 33064


BRIAN BERLAN & MEIKA GARNER
6139 PARK HILL RD.
CHARLOTTE, NC 28277


BRIAN EDDINGTON
1 OVERLAND BLVD.
ASHEVILLE, NC 28806


BRIAN MILLER
11520 BAYSTONE PLACE
CONCORD, NC 28025

BRIAN PLOSS

BROCKETTE-DAVIS-DRAKE INC.
4144 N. CENTRAL EXWY 1100
DALLAS, TX 75204

BRYAN HUTCHINS
3624 SWEETGRASS LANE
CHARLOTTE, NC 28226

BUILDER SERVICES INC.
9030 CRUMP ROAD
PINEVILLE, NC 28134

BUILDERS SUPPLY, INC.
9030 CRUMP RD.
PINEVILLE, NC 28134

CAMA MCNAMARA
305 SETTLERS LANE
CHARLOTTE, NC 28202

CAMERON MCRAE
335 NORTH QUEEN ST.
KINSTON, NC 28502

CANDYCE ELLER
9114 TWILIGHT HILL CT.
CHARLOTTE, NC 28211

CAROL SIMMONS
2906 HEATHMOOR LANE
CHARLOTTE, NC 28211

CAROLINE CORNER
5625 FAIRVIEW ROAD
CHARLOTTE, NC 28209

CARRIE DAY
3436 PASSOUR RIDGE LANE
CHARLOTTE, NC 28269

CATHERINE & ALBERT FINOCCHIO
1544 MATTHEWS MINT HILL RD.
MATTHEWS, NC 28105

CATHLEEN BANNIGAN
8410 GALAHAD LANE
HARRISBURG, NC 28075

CHANDRASHEKAR KATURI
15110 REDWOOD VALLEY LANE
CHARLOTTE, NC 28277

CHARLES COPENHAVER
3340 KINGSTON PIKE #6
KNOXVILLE, TN 37919


CHARLES WANG
7852 GRIMSBY CIR.
HARRISBURG, NC 28075


CHARLOTTE BUSINESS JOURNAL
P.O. BOX 403588
ATLANTA, GA 30384


CHARLOTTE CITY INVESTMENTS
820 WEST FIFTH STREET, APT. 244
CHARLOTTE, NC 28202


CHARLOTTE FC INVESTORS LLC


CHICAGO TITLE INSURANCE COMPANY


CHOON-DON & KEUM KIM
11173 VILLA TRACE PLACE
CHARLOTTE, NC 28277

CHRIS KIRLES
8900 KEYSTONE CROSSING #1200
INDIANAPOLIS, IN 46240


CHRIS TOTTY
3500 JOHNNY CAKE
CHARLOTTE, NC 28226


CHRISTOPHER HOFFMAN & BRIAN HOFFMAN
9107 BRIGHT LEAF PLACE
CHARLOTTE, NC 28269


CHRISTOPHER MALACH
718 WEST TRADE STREET UNIT 3030
CHARLOTTE, NC 28202


CITIGRAPHICS, INC.
3139 WESTINGHOUSE BOULEVARD
CHARLOTTE, NC 28273


CLAY MONTGOMERY
8907 CLIFTON MEADOW DR.
MATTHEWS, NC 28105


COLLEEN HART
14701 BRICK CHURCH CT.
CHARLOTTE, NC 28277

CURTAIN WALL DESIGN & CONSULTING
8070 PARK LANE, STE. 400
PINEVILLE, NC 28134


CYNTHIA BARNES
8942 MORAY BEACH
CHARLOTTE, NC 28226


DAN & BARBARA DE LA PORTILLA
445 WALNUT AVE.
CHARLOTTE, NC 28202


DAN & NANCY BROWER, WADE CARWILE
10118 DEVONSHIRE DRIVE
HUNTERSVILLE, NC 28078


DANIEL PANTIS & JOSEPH MANEA
14503 CORDIAL LANE
HUNTERSVILLE, NC 28078


DANNY LEE & DORIS CHUNG WATSON
19101 HARBOR COVE LANE
CORNELIUS, NC 28031


DAOXIN LU
520 FIFTH ST., APT. 410
CHARLOTTE, NC 28202

DARIUS GHAZI
5625 FAIRVIEW RD.
CHARLOTTE, NC 28209


DARRYL JENNINGS
12 CHANNINGVILLE RD.
WAPPINGERS FALLS, NY 12590


DATAPRINT INITITATIVES, LLC
619 E. DUPONT RD. #253
FORT WAYNE, IN 46825


DAVE & TYLER BOEHLING
3921 SW 94TH ST, STE. 302
GAINESVILLE, FL 32608


DAVID & ADRIA BRITT
1523 COVENTRY ROAD
CHARLOTTE, NC 28211


DAVID B. SMITH
3422 SHARON RD.
CHARLOTTE, NC 28211


DAVID BONEY
1400 HEATHER LANE
CHARLOTTE, NC 28209

DAVID FLAHERTY
8900 KEYSTONE CROSSING, STE. 1200
INDIANAPOLIS, IN 46240


DAVID J. & SANTINA A. PFLEEGER
229 N. CHURCH ST., #303
CHARLOTTE, NC 28202


DAVID M. FLAHERTY


DAVID MALACH
3805 OLD POST RD.
SALISBURY, MD 21804


DAVID MEYERS
48 VIA DIVERTIRSE
SAN CLEMENTE, CA 92673


DAVID NELSON ROGERS
21309 ARAFFIN CT.
CORNELIUS, NC 28031


DAVID SCHIFF
7926 CAMDEN HOLLOW RD.
HUNTERSVILLE, NC 28078

DAVID WATSON AND PHONEKHAM BOUAPHNAH
432 ATHERTON ST.
CHARLOTTE, NC 28203


DAVID ZHAI
309 EAST MOREHEAD ST. #633
CHARLOTTE, NC 28202


DBH RESOURCES INC.
3415 S. SEPULVEDA BLVD., STE. 900
LOS ANGELES, CA 90034


DCI PROPERTIES
1300 SOUTH BLVD.
CHARLOTTE, NC 28203


DEBASHIS GHOSH
10718 LEDERER AVE.
CHARLOTTE, NC 28277


DELANO ACQUISITIONS LLC
21202 SENIAC LANE
CORNELIUS, NC 28031


DIAMOND SPRINGS
P.O. BOX 667887
CHARLOTTE, NC 28266

```
DIANE APPLEFIELD
703 HANNA WOODS DR.
CRAMERTON, NC 28032




DIANE HOFERT & THOMAS ROGERS
9601 KESTRAL RIDGE DR.
CHARLOTTE, NC 28269




DIPTI HALL
2415 RED BIRCH DR.
CHARLOTTE, NC 28262




DONALD & MARGARET PERSON
2499 TIBBETTS WICK RD.
GIRARD, OH 44420




DONALD & PAULA BAKER
333 WEST TRADE ST. UNIT #1508
CHARLOTTE, NC 28202




DORIS MUMIN
817 WOODRUFF PLACE
CHARLOTTE, NC 28208




DOUG & JOYCE WILSON
10200 HANOVER WOODS TRAIL
CHARLOTTE, NC 28270
```

DOUG & NICOLE MILONE
676 PENN ST.
CHARLOTTE, NC 28203


DOUG SYLVESTER


DUANE JOHNSON
9745 FALLING STREAM DR.
CHARLOTTE, NC 28214


DUNN SOUTHEAST, INC.
800 MOUNT VERNON HIGHWAY, STE. 200
ATLANTA, GA 30328-4293


EDUARDO LESTON
520 WEST 5TH STREET
CHARLOTTE, NC 28202


EDWARD & STACEY SEDLACK
4004 STANBURY DRIVE
MATTHEWS, NC 28104


EDWIN & MARY LEE
1101 WEST 1ST ST., UNIT 125
CHARLOTTE, NC 28202

EHUD RINOT
5625 FAIRVIEW RD.
CHARLOTTE, NC 28209


ELIZABETH ROSELL
4708 SUNBURST LANE
CHARLOTTE, NC 28213


ERNEST AND TRACY BOY BETHUNE
17335 CONNOR QUAY COURT
CORNELIUS, NC 28031


FIRST CONSTRUCTION CONSULTING
4105 W. 99TH STREET
CARMEL, IN 46032


FLAHERTY & COLLINS
8900 KEYSTONE CROSSING, STE. 1200
INDIANAPOLIS, IN 46240


FLAHERTY & COLLINS CONSTRUCTION
8900 KEYSTONE CROSSING, STE. 1200
INDIANAPOLIS, IN 46240


FLAHERTY & COLLINS CONTRUCTION, INC.
INDIANAPOLIS, IN

FLAHERTY & COLLINS PROPERTIES, LLC
INDIANAPOLIS, IN


FLAHERTY & COLLINS, INC.
INDIANAPOLIS, IN


FRANK BOLTER
PO BOX 5328
CONCORD, NC 28027


FRANK STYNES
82 VIADI ROMA WALK
LONG BEACH, CA 90803


FRANKLIN YANCEY
2033 SCOTT AVE.
CHARLOTTE, NC 28203


FRANKLIN YANCY, SR.
105 COLLEGE AVE.
BLACKSTONE, VA 23824


FRED FREDA
144 WOODSTREAM CIRCLE
MOORESVILLE, NC 28117

FREDDIE GARDNER
4831 SPRUCE PEAK RD.
CHARLOTTE, NC 28278


GARY & MAE SCOTT
6700 FAIRVIEW RD.
CHARLOTTE, NC 28210


GARY WHITWORTH
2250 CORYDON DR.
HUNTERSVILLE, NC 28078


GD&A
2626 COLE AVE. STE. 300
DALLAS, TX 75204


GEORGE C. COE
8938 CHALLIS HILL LANE
CHARLOTTE, NC 28226


GERALD AND SUE ALLEN
4128 SWINDON COURT
CHARLOTTE, NC 28215


GERALD COSI
15885 GOLDEN STAR AVE.
RIVERSIDE, CA 92506

GERRY MURPHY
9316 PERCY COURT
CHARLOTTE, NC 28277


GHAZI COMPANY, LLC
5625 FAIRVIEW RD.
CHARLOTTE, NC 28209


GNANA & ANTIONETTE RAJ
602 BEAUHAVEN LANE
BRYSON CITY, NC 28713


GRANT & ANNE SMITH
9906 FOXX OAK PLACE
CHARLOTTE, NC 28210


GREG & KELLY GRAINGER
332 OLD MILL RD.
WAXHAW, NC 28173


GREGORY & JEANNE MCMILLION
130 STONY RD.
DILLON, SC 29536


GREGORY C. HARRIS & ROMAN MROZEK
3611 MT. HOLLYHUNTERSVILLE RD. #372
CHARLOTTE, NC 28216

GUOZHU & SHIH-PING LI
5406 FRANKLING SPRINGS CT.
CHARLOTTE, NC 28217


HARRY WILLIAMS
8447 DUNHAM STATION DRIVE
TAMPA, FL 33647


HENDRIX BUSINESS SYSTEMS, INC.
2040 INDEPENDENCE COMMERCE DR., STE. A
MATTHEWS, NC 28105


HENRY LESTON
120 SHEETS DR.
MOORESVILLE, NC 28117


HERM BASSIN
PARK BLVD.
16 GUERRERO NOBLE ST.
SAN JUAN, PR 00913


HIREN DELIWALA
14111 CARAWAY WOODS CT.
CHARLOTTE, NC 28277


HOUSE INVESTMENTS
250 W. 103RD STREET
INDIANAPOLIS, IN 46240

HOUSE INVESTMENTS, LLC

HUNTER WIDENER & WENDY JAMES
8130 PARKTON GATE DR.
CHARLOTTE, NC 28209

J. MICHAEL PULEO
8430 LISMORE ST.
WINSTON SALEM, NC 27102

JACOB & LESLIE COHEN
6317 FOSTER BROOK DR.
CHARLOTTE, NC 28216

JACQUELINE HEADLEY
19809 B NORTH COVE RD. STE. 148
CORNELIUS, NC 28031

JADE VO-DINH
300 WEST 5TH ST., #716
CHARLOTTE, NC 28202

JAKE ROBERTS
1700 CAL BOST RD.
MIDLAND, NC 28107

JAMES DEAL
507 DUBOIS PORT
CHARLOTTE, NC 28208


JAMES H. HALI, II
110 SINGLE LEAF CT.
WINSTON SALEM, NC 27105


JAMES J. SCHAD
2313 COMMONWEALTH AVE.
CHARLOTTE, NC 28205


JAMES SMITH & SIMON BRAIS
22045 PRESSWICK DR.
FORT MILL, SC 29715


JAMES THOMAS EVANS
8430 LISMORE ST.
CLEMMONS, NC 27012


JEFFREY IMOBERSTEG
401 N. CHURCH ST., UNIT 402
CHARLOTTE, NC 28202


JENNIFER BASARA AND MATT HOCKEBORN
7218 DELOACH RD.
CHARLOTTE, NC 28270

JEONGHWAN KWON
300 WEST 5TH ST., APT. 610
CHARLOTTE, NC 28205


JEROME GEATHERS
2227 KILKENNEY HILL RD.
MATTHEWS, NC 28105


JERRY COLLINS
8900 KEYSTONE CROSSING, STE. 1200
INDIANAPOLIS, IN 46240


JERRY K. COLLINS


JI KIM AND BRANDON BAE
16853 HUGH TORRENCE PARKWAY
HUNTERSVILLE, NC 28078


JILL CRAWFORD & CAMERON GADD
1608 KNEELING PLACE
CHARLOTTE, NC 28210


JOCELYN TOWLER
5241 VANDERHILL RD.
TORRANCE, CA 90505

JODIE SILVERLOCK
25934 PRIESTERS POND DRIVE
CHANTILLY, VA 20152


JOHN GRAFFEO
249-37 61 AVE.
LITTLE NECK, NY 11362


JOHN KOZ
5039 POPLAR GROVE DR.
CHARLOTTE, NC 28269


JOHN WALKER
415 WEST 8TH STREET, APT. E
CHARLOTTE, NC 28202


JOHNATHAN MEEKS
2125 SOUTHEND DR.
CHARLOTTE, NC 28203


JON SWIFT
405 EVERGREEN DRIVE
MANDEVILLE, LA 70471


JONATHAN BRITT
2423 TANGLEWOOD LANE
CHARLOTTE, NC 28211

JONATHAN WATKINS
954 CHAMPION MT. PLEASANT RD.
FERGUSON, NC 28264


JONHATHAN & KATHERINE HARDING
1129 MORAY COURT
CHARLOTTE, NC 28211


KAMLESH CHANDAN
15744 CHIPPING DR.
HUNTERSVILLE, NC 28078


KATHY DESAUTELS
5464 NORTH GUILFORD
INDIANAPOLIS, IN 46220


KELLY GWIN
9501 GREYSON HEIGHTS DR.
CHARLOTTE, NC 28277


KELLY HALL AND JEFF FREELAND
3519 OAKWOOD AVE.
CHARLOTTE, NC 28205


KEN & KRISTIN VINING
118 EAST KINGSTON STE. 34
CHARLOTTE, NC 28203

KENNETH FLYNN
18701 NAUTICAL DR., UNIT 102
CORNELIUS, NC 28031


KERRY FOCHI
8223 TRANQUIL HARBOR LANE
DENVER, NC 28037


KEVIN SHARKEY
3255 LUKE CROSSING DRIVE
CHARLOTTE, NC 28266


KINDRED B. & MEREDITH S. HOWARD
3365 SPINDLETOP DRIVE NW
KENNESAW, GA 30144


KRISTIE KNORR & CRAIG S. KINTZEL
8513 WELLINGON LANE
HARRISBURG, NC 28075


KRISTY ALEXANDER
12323 TERICK COURT
CHARLOTTE, NC 28273


LARRY & JERYL MITSCH
11844 PROMONTORY TRAIL
ZIONSVILLE, IN 46077

LEWIS MORICO
5 SUGARMAPLE DR.
ROSLYN HEIGHTS, NY 11577

LINDA STACKENWALT & GARY PRUDHOMME
7224 KICULLEN DR.
CHARLOTTE, NC 28270

LORI GOLDIN
435 S. TRYON ST., UNIT 605
CHARLOTTE, NC 28202

LOUIS P. POLITIS
105 KURALT HOUSE COURT
CHARLOTTE, NC 28210

LUZ BRISSETTE
17909 PENINSULA CLUB DRIVE NORTH
CORNELIUS, NC 28031

M. JANE WILLIAMS AND LANDSON BETWSO
1919 EAST 8TH ST.
CHARLOTTE, NC 28269

MACTEC ENGINEERING
7477 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0076

MAHENDRA LAMBA
8501 BROWNES POND LANE
CHARLOTTE, NC 28277


MAN LUENG
8020 GAMKIRK DR.
HUNTERSVILLE, NC 28078


MANNY PEREIRA
609 EDGEWOOD DRIVE
WESTBURY, NY 11590


MARIAM GHAZI
5625 FAIRVIEW RD.
CHARLOTTE, NC 28209


MARK ADKINS
16309 BELLE ISLE DR.
CORNELIUS, NC 28031


MARK MERITT
3 MOUNTAIN VIEW COURT
MILLSTONE TOWNSHIP, NJ 08510


MARK RICKETSON
7218 GOLDEN GLOW COURT
CHARLOTTE, NC 28212

MARVIN GARDENS LLC
5625 FAIRVIEW RD.
CHARLOTTE, NC 28209


MARVIN GARDENS LLC
5626 FAIRVIEW RD.
CHARLOTTE, NC 28209


MASOOD & KAY BENTLEY EMAD
9917 DEVEREAUX DR.
MATTHEWS, NC 28105


MATT MALONE
401 N. TRYON ST., 10TH FL.
CHARLOTTE, NC 28202


MATTHEW BOWMAN
1225 EAST WOODLAWN
CHARLOTTE, NC 28209


MATTHEW HONG
109 FOREST DR.
HAMMONTON, NJ 08037


MAZEN & SAMIRA CHAKRA
3700 BODENHAM COURT
CHARLOTTE, NC 28215

MECKLENBURG COUNTY TAX COLLECTOR
P.O. BOX 71063
CHARLOTTE, NC 28272-1063


MICHAEL J. SAYA
19412 LARUEL GLEN AVE.
CORNELIUS, NC 28031


MICHAEL LANDIS
1109 S. KINGS DR.
CHARLOTTE, NC 28207


MICHAEL NOKOVICH
19410 EAST BATTERY STREET
CORNELIUS, NC 28031


MICHAEL RYAN
3321 KEMBLE RIDGE RD.
VANDEMERE, NC 28587


MICHAEL TONER
300 W. 5TH ST., #313
CHARLOTTE, NC 28202


MIKE & HELEN ROSS
6311 NORTH CANON DEL PAJARO
TUCSON, AZ 85750

MITSCH DESIGN
501 PENNSYLVANIA PARKWAY, STE. 1600
INDIANAPOLIS, IN 46280


MONARK PROPERTIES LLC
5725 LAURIUM RD.
CHARLOTTE, NC 28226


NABEEL QUWAIDER
1812 CHINSCHESTER LANE
CHARLOTTE, NC 28270


NANCY A. HOOVER
4414 SQUIRREL TRAIL LANE
CHARLOTTE, NC 28269


NANCY BRAUN
10418 COUNTS PLACE
CHARLOTTE, NC 28277


OMAR KWEIDER
237 SARDIS GROVE LANE
MATTHEWS, NC 28105


ORAIL WHITE
4 SAYWOOD LANE
BALDWIN, NY 11510

OX BLUE COSNST. WEBCAMS
644 ANTONE ST. NW, STE. 2
ATLANTA, GA 30318


PAISLEY GORDON, JR.
211 MALVERN RD.
CHARLOTTE, NC 28207


PATRICK T. & DAWN BANNIGAN
95 WOODLAND CIRCLE
MINNEAPOLIS, MN 55424


PHILLIP & CELESTE PAFFORD
PO BOX 77175
CORONA, CA 92877


PORT-JON
P.O. BOX 890067
CHARLOTTE, NC 28289


POYNER & SPRUILL LLP
301 SOUTH COLLEGE STREEET
CHARLOTTE, NC 28202


PRECIOUS HALILI-FELSE, MARK FELSE, ERIC
9169 DRAYTON LANE
WESTVILLE, SC 29175

R.B. PHARR & ASSOCIATES, P.A.
420 HAWTHORNE LANE
CHARLOTTE, NC 28210


R.J. GRIFFIN & COMPANY
5970 FAIRVIEW ROAD, STE. 500
CHARLOTTE, NC 28210


RAJEEV PURI
14516 SALEM RIDGE RD.
HUNTERSVILLE, NC 28078


RAKHEE PANDORIA
6329 RED MAPLE DR.
CHARLOTTE, NC 28277


RANDI & JONATHAN MACIOCE
100 DALY BLVD. #2105
OCEANSIDE, NY 11572


RANDY & ADRIENNE HOLLIFIELD
805 W. FIFTH ST., APT. 210
CHARLOTTE, NC 28269


RAYMUNDO AND GERALDINE C.G. MARQUEZ
38 NANCE RD. NW
WEST ORANGE, NJ 07052

REAL ESTATE INVESTMENT FUND IV, LLC

REAL ESTATE OPPORTUNITY FUND III, L.P.

REBECCA WEBB
432 ATHERTON ST.
DENVER, NC 28037

REMA ASSOCIATES
19721 BETHEL CHURCH ROAD
CORNELIUS, NC 28031

RESITE ONLINE
75 REMITTANCE DRIVE #1717
CHICAGO, IL 60675

RICHARD GWIFT
800 MCKENDREE RD.
MOORESVILLE, NC 28117

RICHARD J. WOODLAND, TRUSTEE OF TRUST
3945 BUENA VISTA DR.
PASO ROBLES, CA 93446

RICHARD WOODLAND, TRUSTEE OF A TRUST
3945 BUENA VISTA DR.
PASO ROBLES, CA 93446


ROB DRAG
17418 SAILVIEW DR.
CORNELIUS, NC 28031


ROB DRAG
2102 SENIAC LANE
CORNELIUS, NC 28031


ROBERT & ELIZABETH ENTICOTT
3713 EASTOVER HILLS CT.
CHARLOTTE, NC 28211


ROBERT LUKE
14219 SAN PAOLO LANE
CHARLOTTE, NC 28277


ROBERT MARCOTT
143 BLACKWOOD COURT
VACAVILLE, CA 95688


ROBERT REARDIN
1320 ASHCRAFT LANE
CHARLOTTE, NC 28209

RON & JULIE WILLIAMS
7232 SAINT CLAIR DR.
CHARLOTTE, NC 28270


RONALD & CATHLEEN STASKEL
6206 GLENCLAIM COURT
CHARLOTTE, NC 28269


RONALD TAYLOR
807 HEDGEROW CT.
CHARLOTTE, NC 28209


ROSLYN Y. MORGAN
6530 OLMSFORD DR.
HUNTERSVILLE, NC 28078


RYAN MILLER
12400 BLUFF MEADOWS TRAIL
HUNTERSVILLE, NC 28078


SAJUAN PETTIFORD
718 W. TRADE ST. STE. 713
CHARLOTTE, NC 28202


SAMUEL DRAKULIC
13804 TRIBUTARY COURT
DAVIDSON, NC 28036

SANDRA KINDBORN
5808 MAYLANDIA RD.
CHARLOTTE, NC 28269


SANKALP PURI
14516 SALEM RIDGE RD.
HUNTERSVILLE, NC 28078


SATISH & SHWETA THAMATUR
5616 CHALLIS VIEW LANE
CHARLOTTE, NC 28226


SCOTT & ASHLEY DAVIS
10142 VICTORIA MILL COURT
CHARLOTTE, NC 28277


SCOTT BLALOCK AND R. ALAN BLALOCK
3701 WEDDINGTON RIDGE LANE
MATTHEWS, NC 28105


SCOTT MITCHELL
7417 SHADOWLAKE DRIVE
CHARLOTTE, NC 28226


SCOTT WEYAND
19249 HIDDEN COVE LANE
STONY BROOK, NY 11790

SCOTTY DUNLAP & FEARON MELTON
13217 PINION RD.
NORWOOD, NC 28128


SEAN COLAS
147 LOGAN CROSSING DRIVE
DAVIDSON, NC 28036


SENSORY TECHNOLOGIES
6951 CORPORATE CIRCLE
INDIANAPOLIS, IN 46278


SETH WIFONG
3127 SELWYN AVE.
CHARLOTTE, NC 28204


SHAHAB ALSHEHABI
657 PORTPATRICK PLACE
FORT LAWN, SC 29714


SHAHYAR & SOHELIA PIRZADEH
813 LANCASTER LANE
NEWPORT NEWS, VA 23602


SHANSHANK MISHRA
15206 MCCOMB MANOR COURT
CHARLOTTE, NC 28277

SHAWN & SHELLEY WIFONG
1919 EAST 8TH ST.
CHARLOTTE, NC 28269

SHAWN KASHYAP
2910 PROVIDENCE VIEW LANE
CHARLOTTE, NC 28270

SHELDON & LAWSON JOYCE
3239 SUNNYBROOK DRIVE
CHARLOTTE, NC 28210

SITE MANAGEWARE
2950 WEST CYPRESS CREEK ROAD, STE. 300
FORT LAUDERDALE, FL 33309

SMR LANDSCAPE ARCHITECTS
1708 N. GRIFFIN ST.
DALLAS, TX 75202

STANDARD PARKING CORP.
8037 INNOVATION WAY
CHICAGO, IL 60682

STEFFEN NEUMAN
5625 FAIRVIEW RD.
CHARLOTTE, NC 28209

STEPH KRONEN
5537 WERBURGH ST.
CHARLOTTE, NC 28209


STEPHANIE ADAMS-RODRIGUEZ
2321 COMMONWEATLH
CHARLOTTE, NC 28205


STEPHANIE INSINGA
5615 ROUNDHOUSE LANE
CHARLOTTE, NC 28226


STEVE & SUSAN KREIDER
4803 ARMORSREST LANE
CHARLOTTE, NC 28277


STEVE JEGIER
9331 HAMPTON OAKS
CHARLOTTE, NC 28270


STEVEN SORGE
4419 WOODLARK LANE
CHARLOTTE, NC 28211


SUE SCHWINN
12018 SUMMERBERRY CT.
CHARLOTTE, NC 28277

SURESH KARUSALA
4009-D KINGSGATE PLACE
CHARLOTTE, NC 28211


SURON LATTA
6219 DAY LILLY LANE
CHARLOTTE, NC 28216


SUSAN A WEIR, DARRON DEAL, TRICIA DEAL
2523 PRIMM RD.
CORNELIUS, NC 28031


SUSAN LUKE
17335 MEADOWBOTTOM DRIVE
CHARLOTTE, NC 28277


TAK LEE KWAN
UNIT 8, 9/F., BLOCK A. 21 MAN LOK STREET
HUNGHOM, KOWLO, CH


TAK MAN KOO
435 S. TRYON ST., STE. 707
CHARLOTTE, NC 28202


TERRILL KRIGGER
9935 WORTHINGTON BLVD.
FISHERS, IN 46038

THE CHARLOTTE OBSERVER
P.O. BOX 32188
CHARLOTTE, NC 28232-3588


THE FIRST FIDELITY COMPANIES
TWO RAVINA DRIVE, STE. 1600
ATLANTA, GA 30346


THE POINTE APARTMENTS
6530 FREE THROW COURT
CHARLOTTE, NC 28217


THOMAS AIKEN
15885 GOLDEN STAR AVE.
RIVERSIDE, CA 92506


THOMAS DECHERD
233 MILLS LANE
FORT MILL, SC 29708


THOMAS HEWITT
3100 SWEET OAK CT.
CHARLOTTE, NC 28210


THOMPSON COMPANY INC.
50 TECHNOLOGY PARKWAY SOUTH
NORCROSS, GA 30092

TINA EDWARDS
16339 JETTON RD.
CORNELIUS, NC 28031


TODD & ELIZABETH FREUND
5200 FENNELL ST.
INDIAN TRAIL, NC 28079


TODD & VICKI BOEREMA
3015 STANBURY DR.
MATTHEWS, NC 28104


TONI TALBERT
5115 FURMAN PLACE
CHARLOTTE, NC 28210


TRACY COOKE
145 WEST HARRIS BLVD.
CHARLOTTE, NC 28262


TRIPLE CROWN PARTNERS LLC
10 CUSHING COURT
RANDOLPH, NC


U.S. BANK
800 NICOLLET MALL, 22ND FLOOR
MINNEAPOLIS, MN 55402

U.S. BANK NATIONAL ASSOCIATION

VENKET RAMAN & JAYAPRADA JAMPUNATHAN
1023 WHIPOORWHILL LANE
INDIAN TRAIL, NC 28079

VINCENT & ROSEMARIE BANNIGAN
113 OVERBROOK DRIVE
CONCORD, NC 28025

VINEET & DEEPTI NAYYAR
413 HURSTON CIRCLE
CHARLOTTE, NC 28208

WARREN & PRISCILLA FREDA, CRAGIN GREENE
#3 SHAWMUT AVE.
HUDSON, MA 01749

WEI WANG
375 SHORELINE PARKWAY
FORT MILL, SC 29708

WILLIAM SANDERS
1608 HERON COVE CT.
CHARLOTTE, NC 28269

ZHONG SU AND XIAOFEI OUYANG
6733 WANNAMAKER LANE
CHARLOTTE, NC 28226

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Charlotte FC, LLC** _____    Case No. _____
                                    Debtor(s)    Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Charlotte FC, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  2, 2009** _____
Date

**/s/ Wendy Brewer** _____
**Wendy Brewer 22669-49**
Signature of Attorney or Litigant
Counsel for    **Charlotte FC, LLC** _____
**BARNES & THORNBURG LLP**
**11 South Meridian Street**
**Indianapolis, IN 46204-3535**
**317-236-1313; Fax:317-231-7433**