UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHARLOTTE FC, LLC | ) | CASE NO. 09-14609-JKC-7 |
| | ) | |
| DEBTOR. | ) | |
| ________________________________ | ) | |
| GREGORY K. SILVER, TRUSTEE, | ) | |
| | ) | ADVERSARY PRO. NO. _______________ |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| BUILDER SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

Comes now Gregory K. Silver, ("Plaintiff") and for his cause of action against the Builder Services, Inc. ("Defendant") states as follows:

1. The Debtor filed this case as a voluntary Chapter 7 Bankruptcy on October 2, 2009.

2. The Plaintiff is the duly appointed and acting Trustee in the above referenced bankruptcy case.

3. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 for the Defendant is believed to be incorporated and located at 9030 Crump Road, Pineville, NC 28134.

4. This is the proper venue for this proceeding pursuant to 28 U.S.C. §1409.

5. According to the schedules filed by the Debtor in this bankruptcy case, the Defendant is holding security deposits belonging to the Debtor in the scheduled amount of $189,000.00.

6. Upon requesting the turnover of the security deposit funds the Defendant holds which belong to the Debtor, the Trustee was informed that the actual amount of such deposits is in the amount of $177,400.00. The Defendant was willing to turn over those deposits upon the Plaintiff obtaining an order from this Court directing same.

7. Upon information and belief, based upon the representations of the Debtor in this case,

the security deposits are property of the bankruptcy estate pursuant to 11 U.S.C. §541.

8. Parties in possession of property of the bankruptcy estate are to turn over same upon demand by the bankruptcy Trustee pursuant to 11 U.S.C. §§ 542 and/or 543, and to provide an accounting of such funds held on behalf of the Debtor and the bankruptcy estates.

WHEREFORE, Plaintiff/Trustee, Gregory K. Silver requests the Court enter a judgment in his favor and against Builder Services, Inc. requiring the turnover of all security deposits held by the Defendant on behalf of the bankruptcy estate, and for an accounting of all funds received by the Defendant on behalf of the Debtor and all disbursements made therefrom, for the costs of this proceeding, and for such other relief as is just and proper.

RUBIN & LEVIN, P.C.

Attorneys for Trustee

By: /s/ James T. Young
James T. Young Atty. No. 13834-71
RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204
(317) 634-0300; Fax (317) 453-8613
james@rubin-levin.net

JTY/rts G:\WP80\TRUSTEE\Silver\Charlotte FC 83326501\Adv Pro Builders Services\Complaint.wpd